**Remedy ID # 370051-F1**

## ATTESTATION

### COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

UNITED SATES DISTRICT COURT          §
DISTRICT OF COLUMBIA                  §  ss.


COMES NOW, Ryan Poullard (Shangowande Orisha-nla), the Plaintiff

in the above entitled action, and states under his oath and under

the pains and penalties of perjury that the allegations contained

in the foregoing complaint wherein he is the Plaintiff and Harley

Lappin and Harrell Watts are joined as Defendants, are the truth

according to his best knowledge, information, and belief.


IN WITNESS WHEREOF, he has signed his name hereto this 21st day

of August, 2005.




                          _____
                                 Ryan Poullard
                          (Shangowande Orisha-nla)
                             Plaintiff, pro se


05 1768

**FILED**

SEP - 6 2005



**<u>First Submittal</u>**

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 16, 2005


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BEAUMONT LOW FCI

TO  : RYAN EDWARD POULLARD, 06429-078
      BEAUMONT LOW FCI     UNT: SA    QTR: S02-017U
      PO BOX 26025
      BEAUMONT, TX 77720


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 370861-F1         ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : MARCH 16, 2005
SUBJECT 1      : UDC ACTION
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REMARKS        : MUST BE SIGNED WITH YOUR OFFICIAL NAME ONLY.

U.S. DEPARTMENT OF JUSTICE **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Shangowande Orisha-nla a.k.a. Poullard, Ryan E. | 06429-078 | SA | FCC Beaumont Low |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**    During the month of February Chaplain Jon Woods held a meeting with the inmate representatives of every faith group that is authorized to meet in the Religious Services Department.  In this meeting Chaplain Woods stated that chapel sign-in sheets <u>must</u> be signed by all inmates attending religious programs.  He also stated that "inmate name" entries <u>must</u> be made with the name found on each individuals BOP identification <u>only</u>.  The Chaplain concluded his instructions on this issue by stating that he would enter religious programs to give direct orders if necessary, and that he would write a two hundred series incident report on any individual who failed to comply.  I am a member of both the Most Honorable Elijah Muhammad's religious community and the Ifa community, and I made this known at the institutional, Regional, and Central Office levels.  One of the major tenets of the Most Honorable Elijah Muhammad's teachings is the renunciation of the European names, or "slave names" that were forced upon our African ancestors during the trans-atlantic slave trade.  **SEE Attachment A.**        (next page)

| DATE 03/14/05 (42 A.D.) | SIGNATURE OF REQUESTER |
|---|---|

**Part B– RESPONSE**



RECEIVED
MAR 15 2005
WARDEN'S OFFICE
FCC BEAUMONT (LOW)

| DATE | WARDEN OR REGIONAL DIRECTOR |
|---|---|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

| ORIGINAL: RETURN TO INMATE | CASE NUMBER: _____ |
|---|---|

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|---|

SUBJECT: _____

| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |
|---|---|

USP LVN    Printed on Recycled Paper    BP–229(13)
APRIL 1982

These names are the vestiges of the most brutal and horrific system of oppression that the world has ever known, and they are "the mark of the beast" to the true followers of the Most Honorable Elijah Muhammad.  SEE Attachment B.  My holy name or "religious name" is Shangowande Orisha-nla, and the proclamation of this name is not optional in the exercise of my sincerely held religious beliefs.  Ordering a true follower of the Most Honorable Elijah Muhammad to disregard his/her holy name is tantamount to ordering an orthodox Jew to disregard the sabbath.  Chaplain Jon Woods blatantly violated P.S. 1040.04, 28 C.F.R. §541.12, and §548.15 when he issued direct orders prohibiting the proclamation of religious names.  The Penal and Correctional section of American Jurisprudence §33 states that "reasonable opportunities must be afforded to all prisoners to exercise the religious freedom without fear of penalty."  Chaplain Woods also threatened the general inmate population with incident reports, and these threats were issued with the intent to induce a fear of retribution.  This unprofessional behavior violates the aforementioned subsection of American Jurisprudence, and it evidences a lack of respect for the religious beliefs of the true followers of the Most Honorable Elijah Muhammad, the last and greatest Messenger of Olodumare/God.  The Webster's Ninth New Collegiate Dictionary's definition of the word "persecute" is as follows:  "to harass in a manner designed to injure, grieve, or afflict; specif: to cause to suffer because of belief."  On 03/03/05 Chaplain Woods, acting under color of law, used institution disciplinary procedures to cause me "to suffer" because of my sincerely held religious beliefs.  In exercising the religious freedom that is protected by the U.S. Constitution, the United States Code, the Code of Federal Regulations, the Penal and Correctional section of American Jurisprudence, and BOP policy, I signed the chapel sign-in sheet using both my "religious and committed names."  SEE Attachment C.  My sign-in method is protected by the Religious Freedom Restoration Act (SEE Attachment D), and Chaplain Jon Woods violated my Constitutional rights by having me handcuffed and sent to S.H.U. for proclaiming my religious name.  I am in prison because I compromised my long term goals and personal beliefs.  After my conviction I vowed to never compromise again, and I have made every possible effort to rehabilitate myself during the course of my incarceration.  For more than seven years I have maintained a clear conduct record that will not be blemished by Chaplain Jon Woods' abuse of authority.  I exercised my religious freedom when I signed the chapel sign-in sheet on 03/03/05, and the incident report that I received for my actions is illegal.  SEE Attachment E.  This incident report must be expunged, and any nonfeasance on the part of staff members responsible for the Administrative Remedy process will evidence acquiescense.

                    Thank you for your assistance.

**Attachment A**

MESSAGE TO THE BLACKMAN

by The Most Honorable Elijah Muhammad

that he originally possessed (self-independence and Divine Guidance). His Father (God in person) had to come and be his representative to again meet his brothers, family, and friends.

Nothing fits the description of us better, the so-called Negroes (Asiatics). Many of us today are so lazy that we are willing to suffer anything rather than go for self. It is true that our God has come to set us in Heaven, but not a Heaven wherein we will not have to work.

Fear is the worst enemy that we have, but entire submission to Allah (God) and His Messenger will remove this fear. The white race put fear in our foreparents when they were babies, so says the word of Allah.

We must have for our peace and happiness (the 17,000,000 so-called Negroes) that which other nations have.

This beforementioned peace and happiness cannot come under any other flag but our own. If God desires for us such joy, why shouldn't we give up begging and be real men and sit with the rulers of the earth, ruling our own?

Our first step is to give back to the white man his religion (Christianity), his church, and his names. These three are chains of slavery that hold us in bondage to them. We are free when we give up the above three.

The so-called Negroes must know that they have been deceived and must be brought face to face with God and the devil. They must get away from the old slavery teaching that Jesus, who was killed 2,000 years ago, is still alive somewhere waiting and listening to their prayers.

He was only a prophet like Moses and the other prophets and had the same religion (Islam). He did His work and is dead like others of His time and has no knowledge of their prayers to Him.

Since Islam overran mankind in the seventh century after Jesus and is still a power over man, why did not the translators of the Bible mention it? Why didn't they give us the name of the religions of the prophets, since they claim a religion for Jesus?

# THE SO-CALLED
# NEGROES  SALVATION

The number one principle of belief is that your God is One

"Our Savior Has Arrived"

by The Most Honorable Elijah Muhammad

## CHAPTER 20

# Why Black Man Should Be Called
# By the Names of God

The Black man from the root beginning is from a Black Father. Therefore, he should go in the Name of his Black Father.

As I have said, as long as the so - called American Negro is blind to the knowledge of self, he does not know by what name he should be called. You could call him anything and he would answer to it, for he does not know his True Name.

The white man calls the so-called American Negro by many nick-names. The so-called American Negro  then re-nicknames himself the nick-names of the white man, although he does not even know what they mean.

The Black man (so - called American Negro) is a member of the family and a direct descendant of the Creator Who made the Heavens and the Earth. Therefore the son should be called by the Name of his Father and not called by the name of an alien. The white race is an alien people to the Black Man.

So many times you have heard that God has ninety-nine (99) Names or Attributed (That Which Is Attributed to God). The 100th Name or Attribute of God is the Name, Allah, Which Represents that He is All in All, of every Good name. His Name Begins with the Name Creator and Ends with The First and The Last, The Eternal. Many of His Attributes refer to such Names as Power, Force, The Mighty, The Wise,



101

<u>**Attachment B**</u>

302   THE THEOLOGY OF TIME

else, we just want the people who can build according to the blueprints we give them. If you cannot build according to the blueprint, don't accept the job, because you hurt your reputation with your own people. We don't want you cast out of the job that we could have the money borrowed to have done. Confess what you can do, don't tell us what you cannot do. We're real glad if you can do it, but don't accept a job if you know you can't do it, just because you are our brother. Just say, *"Brother, I'm your brother, but I can't do this job,"* then we will know what to do, but don't take a job from us knowing you're not qualified to do it; no, that hurts you and us. We want to admire your ability to do the job.

I'm so happy to learn that we have people among us who can do anything. We have some wise and well trained people, but they never were able to get together and do something for self. I want them to get with me and I'll show them some places where they can go to work and do something for self, yes. To leave such great people sitting idly by, just listening to thoughts, and never materializing the thought, it's not good. Get these people that have the know-how to work; let them do the work. Who would be any happier than I, to know that I have my own people here who have the knowledge of that which we need to do? There is no man among you who is happier than I am to know that you can do these things for yourself. Some people think that none of us know anything, but we do have people who know something; they have not proved their knowledge so that others will know that they know.

We want to feed ourselves, My beloved readers, if you want to feed yourselves, you should be compelled to go to the farm; that is where people find food. Don't be ashamed to go and do for yourselves, raising food in the country. Originally that is where our fathers came from and I want you to know that if we are to be a nation and a strong nation, we must go to the farm to feed our stomachs. Also, there we can feed even our backs with good

THE THEOLOGY OF TIME   303
by The Most Honorable Elijah Muhammad

clothes. Put good clothes on our backs from the farm. These things we have to do if we expect to live on this earth and get its yield out of it. We have to go and dig into it like the devil has done. He dug into it and made himself rich with a stomach full of good food from our labor, think over that. He looked at us and made us pull the earth's wealth out for himself and left us poor. Now, he says we're free. Let's make good of this freedom, then if he tries to hinder you from making good of that which he claim he has given to you, then make good both ways. Make good at stopping him from getting what he has given to you.

There is one thing I would like to warn you of, get you a name. I will show you how to get it: a name that will live. You can't see the hereafter with the white man's name. Every Black man on the Earth knows the white man's name from your name. Don't wear that name; don't be called by that name. If you don't do anything, but tell the world, *"I'm the Lord's servant, but He has not given me His name yet,"* that's better than wearing a white man's name. Just tell them that, *"Yes, I have a name; it's in my God's profession" "Well, what is that?" "Well, you can call me God; call me Allah; call me Gabriel, or call me anything, but a white man's name."* We don't want the name of the devil. The Bible teaches you and me that, "All that had the name of the beast, call him a beast, they went down with the beast."[40] I'm not to tell you other than the truth; I am the next closest one to Allah. I don't think Allah will take a liar for His Right Hand – or His Right Hand would be a liar. No, I tell you what He taught me and it's up to you to believe it or let it alone. Don't be like tiose of whom the Holy Qur'an speaks of as saying, "Oh, would that I had followed the Messenger. Oh, would that I had taken away with the Apostle after the truth had come to me."[41]

The world is in an awful condition. They want to shoot these people [devils] so bad. They're out telling them now. Since Japan has joined up with Korea and China, they are not afraid to

[40]   Bible: Revelation 19:20.
[41]   Holy Qur'an 25:27.

The Bible warns you and me that on the final destruction of the wicked, Allah (God) will say to the angel that He has to usher in the judgment to bring His people to Him everyone that is called by His name. For He gives His people His name so that He may save them. So that they may be the servant of Allah (God) as they were the servant of the white slave-master.

As long as you are in the name of the white slave-master, you belong to the white slave-master. And regardless to what you believe and regardless to how mighty you think that you are, you will not be accepted by the Black people and the God of our Black people if you have the name of white people and if you are in the religion called Christianity.

The fall of America is now going on! She is falling! The cause of her fall is universally known, as it was with ancient Babylon. The fall of ancient Babylon was known. The great prophet Daniel, the mouth-speak of God, was in her midst; and his people (the Jews) were enslaved.

In ancient Babylon, according to history, during the reign of Nebuchadnezzar and Belshazzar, the Jews suffered under the ruthless law of these two kings against the Jewish God, religion, and people. These two rulers of ancient Babylon disrespected everything regarding the sacred religion and worship of Jehovah by the Jews.

They took Jerusalem and captured the nobles of Israel. They raided and sacked the city and the Jews' house of worship. They made mockery and shambles of all that stood for Jehovah and the Jews.

They made mockery of the prophets and the sacred vessels that God had King Solomon make and put in

144

"Fall of America"

by The Most Honorable Elijah Muhammad

**Attachment C**



# F.C.C. BEAUMONT (LOW)
## RELIGIOUS SERVICES

Today's Date: 03 / 03 / 05

# YORUBA/SANTERIA:   Worship _____   Studies ___✓___

**\*\* PLEASE PRINT YOUR NAME AS IT IS ON YOUR DOI IDENTIFICATION AND WRITE CLEARLY \*\***

| First Name | Last Name | Reg. Number | Unit |
|---|---|---|---|
| 1. Sangowande a.k.a. Ryan | Orisa-nla a.k.a. Poullard | 06429-078 | SA |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| | | | |
| | | | |

Failure to sign name as it is

**Attachment D**

**25. —— Prison regulation, compelling governmental interest**

Prison's prohibition of personal property in prison yard did not place "substantial burden" on inmate's rights under First Amendment free exercise clause and Religious Freedom Restoration Act (RFRA), even though that policy prevented him from taking his Bible into prison yard; he was free to use his Bible in his cell in order to prepare for evangelism and counseling that he sought to do with assistance of his Bible in prison yard. Weir v. Nix, C.A.8 (Iowa) 1997, 114 F.3d 817. Civil Rights ⚖ 135; Constitutional Law ⚖ 84.5(14); Prisons ⚖ 4(14)

Prison policy which required Islamic inmate who had legally changed his name while in prison to use both his legal name and name under which he was committed on all incoming and outgoing mail did not violate inmate's right to freely practice his religion under the RFRA; dual name requirement served compelling governmental interest of maintaining prison security, and requirement was least restrictive means of satisfying that interest. Fawaad v. Jones, C.A.11 (Ala.) 1996, 81 F.3d 1084. Constitutional Law ⚖ 34.5(14); Prisons ⚖ 4(14)

Prison officials had compelling interest in maintaining prison order by grouping religious denominations into four umbrella groups for purposes of festal occasions and, therefore, denial of request by prisoners of religious sect to hold banquet to celebrate birthday of their founder did not violate prisoners' rights under Religious Freedom Restoration Act (RFRA), in view of evidence that there were approximately 300 different religious sects at prison and that communal eating was standard rite for many of those sects. Mack v. O'Leary, C.A.7 (Ill.) 1996, 80 F.3d 1175, rehearing and suggestion for rehearing en banc denied, vacated 118 S.Ct. 36, 522 U.S. 801, 139 L.Ed.2d 5, on remand 151 F.3d 1033. Civil Rights ⚖ 135

Although prison's interest in protecting against spread of tuberculosis was compelling, continued confinement of Rastafarian inmate who refused to submit to screening test for "latent" tuberculosis did not serve this interest, as required for government to justify substantial burden on inmate's right of free exercise of religion under Religious Freedom Restoration Act (RFRA); even if inmate were to

test and test positive and refuse to medication, he would be placed with [general] prison population rather than in medical keeplock. Jolly v. Coughlin, [S.D.N.Y.] 1996, 76 F.3d 468. Constitutional Law ⚖ 84.5(14); Prisons ⚖ 17(2)

Prison regulations requiring inmate to use committed name, rather than religious name, on mail and documents impinged on inmate's rights under Religious Freedom Restoration Act (RFRA); although state had legitimate interest in continued use of inmates' committed names, there was no legitimate penological interest in preventing inmates from using both religious and committed names. Malik v. Brown, C.A.9 (Wash.) 1995, 65 F.3d 148. Constitutional Law ⚖ 84.5(14); Prisons ⚖ 4(14)

Inmates failed to state claim that their religious rights were curtailed in violation of Religious Freedom Restoration Act (RFRA); in most cases right being violated was not articulated, and in one case, in which muslim inmate complained that Jumah service was allowed within individual tiers while religion requires that service involve single congregation of believers, there was compelling government requirement that order be maintained in crowded jail that overcame restriction on religious practice. Ingalls v. Florio, D.N.J.1997, 968 F.Supp. 193. Civil Rights ⚖ 135

Prison officials' safety, security, and discipline concerns presented "compelling government interest" justifying hair length regulations challenged under Religious Freedom Restoration Act (RFRA); hair styles are used by inmates as gang identifiers and long hair provides hiding places for contraband such as drugs and weapons. Davie v. Wingard, S.D.Ohio 1997, 958 F.Supp. 1244, 166 A.L.R. Fed. 709. Civil Rights ⚖ 135

Government officials impermissibly burdened pretrial detainees' right to exercise freely their religion in violation of Religious Freedom Restoration Act (RFRA), where officials failed to allow detainees to attend religious services and officers failed to proffer compelling reason for such failure. Carty v. Farrelly, D.Virgin Islands 1997, 957 F.Supp. 727. Prisons ⚖ 4(14)

Muslim inmate who was prevented by correctional officer from attending weekly religious service had viable claim under First Amendment or Religious Free-

dom Restoration Act (RFRA), despite claim that preventing prisoner from attending congregate religious services once did not rise to level of constitutional violation; defendants asserted no reason, compelling or otherwise, as to why inmate was denied access to religious service. Harris v. Lord, S.D.N.Y.1997, 957 F.Supp. 471. Civil Rights ⚖ 135; Constitutional Law ⚖ 84.5(14); Prisons ⚖ 4(14)

As a matter of law, giving due deference to prison administrators, concerns of Ohio Department of Rehabilitation and Corrections (ODRC) for safety and discipline within its corps of prison officers constituted "compelling" interest that was furthered by policy of requiring male uniformed employees to wear short hair, satisfying exception to prohibition, under Religious Freedom Restoration Act (RFRA), against government imposition of substantial burden on religious expression of adherent of Native American Spirituality. Blanken v. Ohio Dept. of Rehabilitation and Correction, S.D.Ohio 1996, 944 F.Supp. 1359. Civil Rights ⚖ 151

While prison safety and security are compelling governmental interest within meaning of the Religious Freedom Restoration Act (RFRA), which precludes government from substantially burdening right to exercise religion unless it furthers compelling government interest and is least restrictive means of furthering that interest, prison officials cannot merely brandish the words "security" and "safety" and expect that their actions will automatically be deemed constitutionally permissible conduct. Ramirez v. Coughlin, N.D.N.Y.1996, 919 F.Supp. 617. Civil Rights ⚖ 135

Prison security and penological institutional safety goals are compelling governmental interest necessary to support burden on exercise of religion under Religious Freedom Restoration Act (RFRA). Muhammad v. City of New York Dept. of Corrections, S.D.N.Y.1995, 904 F.Supp. 161, appeal dismissed 126 F.3d 119. Civil Rights ⚖ 135; Constitutional Law ⚖ 84.5(14)

Under Religious Freedom Restoration Act, government may not substantially burden person's exercise of religion unless burden is in furtherance of compelling governmental interest and is least restrictive means of furthering that compelling interest. Reimann v. Murphy,

Attachment E

**INCIDENT REPORT**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| 1. NAME OF INSTITUTION: FCIM-BEAUMONT, TX | **PART I - INCIDENT REPORT** | 1317842 |
|---|---|---|

| 2. NAME OF INMATE: POULLARD, RYAN | 3. REGISTER NUMBER 06429-078 | 4. DATE OF INCIDENT: 03-03-05 | 5. TIME: 12:55 p.m. |
|---|---|---|---|
| 6. PLACE OF INCIDENT: RELIGIOUS SERVICES | 7. ASSIGNMENT SAFETY | | 8. UNIT S02 017L |
| 9. INCIDENT: Failure to perform as instructed by the supervisor, Insolence towards a staff member | | 10. CODE: 311,312 | |

11. Description of Incident (Date _03-03-05_   Time _12:55 p.m_   Staff became aware of incident)

At approximately 12:55am on March 3, 2005, while checking the Religious Services faith group sign in sheets, it was observed that Ryan Poullard, Reg. No. 06429-078, did not sign-in as previously instructed under my supervision. Mr. Poullard has been instructed to sign in with the official Bureau of Prisons name found on his BOP identification only. Mr. Poullard exhibits arrogance, contempt and disrespect towards staff for noncompliance.

| 12. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME: 03-03-05   1550 | 13. NAME AND TITLE (Printed) Jon Woods, Staff Chaplain |
|---|---|---|
| 14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 15. DATE INCIDENT REPORT DELIVERED 3/3/05 | 16. TIME INCIDENT REPORT DELIVERED 2105 |

**PART II - COMMITTEE ACTION**

17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT: Inmate stated " the way I sign the sign-in sheet is for religious reasons. In excersizing my religious Freedom I sign the sign-in with my faith name."

18. A IT IS THE FINDING OF THE COMMITTEE THAT YOU:

X COMMITTED THE FOLLOWING PROHIBITED ACT

___ DID NOT COMMIT A PROHIBITED ACT.

B. ___ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING
C. ___ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDAR DAYS.

19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION: UDC Committee has found Inmate Poullard guilty for Failure to perform as instructed by supervisor based on the sign-in sheet UDC doesn't find Inmate Poullard guilty of Insolence towards staff

20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT): UDC Committee will sanction Inmate with 10 hrs Extra duty to be completed by 3-23-05

21. DATE AND TIME OF ACTION 3-8-05 7:45   (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

| A. Thomas | R. Thomas | |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

Record Copy - Central File Record, Copy - DHO, Copy - Inmate after UDC Action, Copy - Inmate Systems, Copy - Inmate within 24 hours of Part I preparation

This form may be replicated via WP)       BP-S288 052

Replaces BP-288(52) of JAN 88

**Second Submittal**

**All BP-9's must be signed and dated by the inmate before submission.**

05 1768

FILED

SEP - 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member)<br>**Admin. Remedy Coordinator &/or Clerk** | DATE:<br>**04/03/05 (42 A.D.)** |
|---|---|
| FROM:<br>**Shangowande Orisha-nla/Ryan Poullard** | REGISTER NO.:<br>**06429-078** |
| WORK ASSIGNMENT:          **Safety** | UNIT:          **SA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Per **Regional Director Ronald G. Thompson**'s wording in the attached official BP-10

response, "when staff request you sign Bureau of Prisons forms or documents, you do so

voluntarily." Please note that I have exercised my "option of refusing to sign" in the

submission of the three attached 'Requests for Administrative Remedy.'


Thank you for your assistance.


(Do not write below this line)


DISPOSITION:




| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94


REG. NO. █████████    RECEIPTED: 03-05-03

CASE NO. 291087-R1    PART B – RESPONSE

You are appealing the Warden's response to your complaint
regarding your committed name. Specifically, you allege staff
are violating your constitutional rights by not allowing you to
add words or phrases after your committed name when you sign
official Bureau of Prisons documents. For relief, you request
the Warden's response be reversed and instruct staff not to force
you to sign your name without being allowed to reserve your
rights by adding words or phrases behind your signature.

The Warden's response appropriately addressed your concerns
regarding the issue of your committed name. Program Statement
5800.13, *Inmate Systems Management Manual*, states in part, "The
name entered on the Judgement and Commitment Order is to be
considered the committed name to be used by the inmate, as well
as the Bureau of Prisons. SENTRY must reflect the committed
name, which may only be changed by federal court order."
Additionally, Program Statement 5800.08, *Receiving and Discharge
Manual*, indicates, "the name appearing on the Judgment and
Commitment Order (J&C) is the exact name to be used on all
paperwork, files, etc. Name changes shall only be accepted by a
federal court order." Your name, as it appears on your J&C, is
██████████████████, and should be used by you when signing
official documents.

When staff request you sign Bureau of Prisons forms or documents,
you do so voluntarily. You have the option of refusing to sign
any document and staff will note your refusal accordingly.

You have provided no evidence to substantiate your claim staff
have violated your constitutional rights. Based on the above,
your appeal is denied.

In the event you are dissatisfied with this response, you may
appeal to the Bureau of Prisons, Administrative Remedy Section,
320 First Street, NW, Washington, D.C. 20534. Your appeal must
be received in that office within 30 days from the date of this
response.

_4-30-2003_ _____
Date

for _____
Ronald G. Thompson
Regional Director

SENSITIVE - LIMITED OFFICIAL USE

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Shangowande Orisha-nla
a.k.a. Poullard, Ryan E.     06429-078     SA     FCC Beaumont Low

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** During the month of February Chaplain Jon Woods held a meeting with the inmate representatives of every faith group that is authorized to meet in the Religious Services Department. In this meeting Chaplain Woods stated that chapel sign-in sheets must be signed by all inmates attending religious programs. He also stated that "inmate name" entries must be made with the name found on each individuals BOP identification only. The Chaplain concluded his instructions on this issue by stating that he would enter religious programs to give direct orders if necessary, and that he would write a two hundred series incident report on any individual who failed to comply. I am a member of both the Most Honorable Elijah Muhammad's religious community and the Ifa community, and I made this known at the institutional, Regional, and Central Office levels. One of the major tenets of the Most Honorable Elijah Muhammad's teachings is the renunciation of the European names, or "slave names" that were forced upon our African ancestors during the trans-atlantic slave trade. **SEE Attachment A.**     (next page)

DATE    03/23/05 (42 A.D.)       SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE       CASE NUMBER: _____

                                             CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          Printed on Recycled Paper                       BP-229(13)
APRIL 1982

These names are the vestiges of the most brutal and horrific system of oppression that the world has ever known, and they are "the mark of the beast" to the true followers of the Most Honorable Elijah Muhammad.  SEE Attachment B.  My holy name or "religious name" is Shangowande Orisha-nla, and the proclamation of this name is not optional in the exercise of my sincerely held religious beliefs.  Ordering a true follower of the Most Honorable Elijah Muhammad to disregard his/her holy name is tantamount to ordering an orthodox Jew to disregard the sabbath.  Chaplain Jon Woods blatantly violated P.S. 1040.04, 28 C.F.R. §541.12, and §548.15 when he issued direct orders prohibiting the proclamation of religious names.  The Penal and Correctional section of American Jurisprudence §33 states that "reasonable opportunities must be afforded to all prisoners to exercise the religious freedom without fear of penalty."  Chaplain Woods also threatened the general inmate population with incident reports, and these threats were issued with the intent to induce a fear of retribution.  This unprofessional behavior violates the aforementioned subsection of American Jurisprudence, and it evidences a lack of respect for the religious beliefs of the true followers of the Most Honorable Elijah Muhammad, the last and greatest Messenger of Olodumare/God.  The Webster's Ninth New Collegiate Dictionary's definition of the word "persecute" is as follows:  "to harass in a manner designed to injure, grieve, or afflict; specif: to cause to suffer because of belief."  On 03/03/05 Chaplain Woods, acting under color of law, used institution disciplinary procedures to cause me "to suffer" because of my sincerely held religious beliefs.  In exercising the religious freedom that is protected by the U.S. Constitution, the United States Code, the Code of Federal Regulations, the Penal and Correctional section of American Jurisprudence, and BOP policy, I signed the chapel sign-in sheet using both my "religious and committed names."  SEE Attachment C.  My sign-in method is protected by the Religious Freedom Restoration Act (SEE Attachment D), and Chaplain Jon Woods violated my Constitutional rights by having me handcuffed and sent to S.H.U. for proclaiming my religious name.  I am in prison because I compromised my long term goals and personal beliefs.  After my conviction I vowed to never compromise again, and I have made every possible effort to rehabilitate myself during the course of my incarceration.  For more than seven years I have maintained a clear conduct record that will not be blemished by Chaplain Jon Woods' abuse of authority.  I exercised my religious freedom when I signed the chapel sign-in sheet on 03/03/05, and the incident report that I received for my actions is illegal.  SEE Attachment E.  This incident report must be expunged, and any nonfeasance on the part of staff members responsible for the Administrative Remedy process will evidence acquiescense.

                    Thank you for your assistance.

**Final Submittal**
**In Compliance with Instructions from Central Office**

YOUR REQUEST FOR ADMINISTRATIVE
REMEDY IS BEING RETURNED BECAUSE YOU
DID NOT ATTEMPT INFORMAL RESOLUTION
FIRST.

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Shangowande Orisha-nla | | | |
|---|---|---|---|---|
| | a.k.a. Poullard, Ryan E. | 06429-078 | SA | FCC Beaumont Low |
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**   During the month of February Chaplain Jon Woods held a meeting with the inmate representatives of every faith group that is authorized to meet in the Religious Services Department. In this meeting Chaplain Woods stated that chapel sign-in sheets <u>must</u> be signed by all inmates attending religious programs. He also stated that "inmate name" entries <u>must</u> be made with the name found on each individuals BOP identification <u>only</u>. The Chaplain concluded his instructions on this issue by stating that he would enter religious programs to give direct orders if necessary, and that he would write a two hundred series incident report on any individual who failed to comply. I am a member of both the Most Honorable Elijah Muhammad's religious community and the Ifa community, and I made this known at the institutional, Regional, and Central Office levels. One of the major tenets of the Most Honorable Elijah Muhammad's teachings is the renunciation of the European names, or "slave names" that were forced upon our African ancestors during the trans-atlantic slave trade. SEE Attachment A.     (next page)

| DATE    03/23/05 (42 A.D.) | SIGNATURE OF REQUESTER |
|---|---|

**Part B- RESPONSE**

| DATE | WARDEN OR REGIONAL DIRECTOR |
|---|---|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

| ORIGINAL: RETURN TO INMATE | CASE NUMBER: _____ |
|---|---|
| | CASE NUMBER: _____ |

**Part C- RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) | BP-229(13) |
|---|---|---|
| | | APRIL 1982 |

USP LVN     Printed on Recycled Paper

These names are the vestiges of the most brutal and horrific system of oppression that the world has ever known, and they are "the mark of the beast" to the true followers of the Most Honorable Elijah Muhammad.  **SEE Attachment B.**  My holy name or "religious name" is **Shangowande Orisha-nla**, and the proclamation of this name is not optional in the exercise of my sincerely held religious beliefs.  Ordering a true follower of the Most Honorable Elijah Muhammad to disregard his/her holy name is tantamount to ordering an orthodox Jew to disregard the sabbath.  Chaplain Jon Woods blatantly violated P.S. 1040.04, 28 C.F.R. §541.12, and §548.15 when he issued direct orders prohibiting the proclamation of religious names.  The **Penal and Correctional** section of **American Jurisprudence** §33 states that "reasonable opportunities must be afforded to all prisoners to exercise the religious free- dom without fear of penalty."  Chaplain Woods also threatened the general inmate population with incident reports, and these threats were issued with the intent to induce a fear of retribution.  This unprofessional behavior violates the aforementioned subsection of **American Jurisprudence,** and it evidences a lack of respect for the religious beliefs of the true followers of the Most Honorable Elijah Muhammad, the last and greatest Messenger of Olodumare/God.  The **Webster's Ninth New Collegiate Dictionary's** definition of the word "persecute" is as follows:  "to harass in a manner designed to injure, grieve, or afflict; specif: to cause to suffer because of belief."  On 03/03/05 Chaplain Woods, acting under color of law, used institution disciplinary procedures to cause me "to suffer" because of my sincerely held religious beliefs.  In exercising the religious freedom that is protected by the **U.S. Constitution,** the **United States Code,** the **Code of Federal Regulations,** the **Penal and Correctional** section of **American Jurisprudence,** and **BOP policy,** I signed the chapel sign-in sheet using both my "religious and committed names."  **SEE Attachment C.**  My sign- in method is protected by the **Religious Freedom Restoration Act** (**SEE Attachment D**), and Chaplain Jon Woods violated my Constitutional rights by having me handcuffed and sent to S.H.U. for proclaiming my religious name.  I am in prison because I compromised my long term goals and personal beliefs.  After my conviction I vowed to never compromise again, and I have made every possible effort to rehabilitate myself during the course of my incarceration.  For more than seven years I have maintained a clear conduct record that will not be blemished by Chaplain Jon Woods' abuse of authority.  I exercised my religious freedom when I signed the chapel sign-in sheet on 03/03/05, and the incident report that I received for my actions is illegal.  **SEE Attachment E.**  This incident report must be expunged, and any nonfeasance on the part of staff members responsible for the Administrative Remedy process will evidence acquiescense.

Thank you for your assistance.

BMC 1330.13

*Correctional Counselor Mello*
*06/30/05*

[date]

Attachment A

# DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name: *Sángowándé Orísà-nlá*
*Ryan Poullard*     Reg. No.: *06429-078*     Unit: *SA*

Specific Complaint and Requested Relief: *On 03/08/05 I was sanctioned by UDC for having signed a chapel sign-in sheet with both my religious and committed names. This sign-in method is protected by the United States Code, therefore, the unlawful UDC action in question must be expunged. Please remove this blemish from my disciplinary record.*

*Thank you for your assistance.*

Efforts Made By Inmate To Informally Resolve Grievance (be specific): _____

_____

_____

_____

_____

Counselor's Comments: _____

_____

_____

_____

_____

_____

Correctional Counselor's Review / Date          Unit Manager's Review / Date

```
  BMLG9          *       INMATE DISCIPLINE DATA       *      06-02-2005
PAGE 001 OF 001 *   CHRONOLOGICAL DISCIPLINARY RECORD  *      14:51:23

REGISTER NO: 06429-078 NAME..: POULLARD, RYAN EDWARD
FUNCTION...: DIS       FORMAT: CHRONO   LIMIT TO ____ MOS PRIOR TO 06-02-2005
                       RSP OF: BML-BEAUMONT LOW FCI

---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1317842 - SANCTIONED INCIDENT DATE/TIME: 03-03-2005 1255
UDC HEARING DATE/TIME: 03-08-2005 1945
FACL/UDC/CHAIRPERSON.: BML/SA/THOMAS
REPORT REMARKS.......: 10 HOURS EXTRA DUTY
    311  FAILING TO WORK AS INSTRUCTED - FREQ: 1
         EXTRA DUTY / 10 HOURS / CS
         COMP:   LAW:   10 HOURS EXTRA DUTY



  G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**Remedy ID # 373354-R1**

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 20, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : RYAN EDWARD POULLARD, 06429-078
      BEAUMONT LOW FCI     UNT: SA     QTR: S02-917L
      PO BOX 26025
      BEAUMONT, TX 77720


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 373354-R1        REGIONAL APPEAL
DATE RECEIVED    : APRIL 14, 2005
SUBJECT 1        : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REJECT REASON 2: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 3: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 4: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 5: SEE REMARKS.

REMARKS          : YOU MUST SIGN YOUR ADMINISTRATIVE REMEDY APPEALS,
                 USING YOUR COMMITTED NAME, BEFORE WE CAN ACCEPT THEM
                 FOR PROCESSING.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) **Regional Admin. Remedy Coordinator** | DATE: **04/10/05 (42 A.D.)** |
|---|---|
| FROM: **Shangowande Orisha-nla** **Ryan Poullard** | REGISTER NO.: **06429-078** |
| WORK ASSIGNMENT: **Safety** | UNIT: **SA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

   Per **Regional Director Ronald G. Thompson's** wording in the attached official BP-10 response, "when staff request you sign Bureau of Prisons forms or documents, you do so voluntarily." Please note that I have exercised my "option of refusing to sign" in the submission of this 'Regional Administrative Remedy Appeal.'


                    Thank you for your assistance.




                    (Do not write below this line)


DISPOSITION:




| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94



REG. NO. ▓▓▓▓▓▓▓▓    RECEIPTED: 03-05-03

CASE NO. 291087-R1    PART B - RESPONSE

You are appealing the Warden's response to your complaint
regarding your committed name. Specifically, you allege staff
are violating your constitutional rights by not allowing you to
add words or phrases after your committed name when you sign
official Bureau of Prisons documents. For relief, you request
the Warden's response be reversed and instruct staff not to force
you to sign your name without being allowed to reserve your
rights by adding words or phrases behind your signature.

The Warden's response appropriately addressed your concerns
regarding the issue of your committed name. Program Statement
5800.13, *Inmate Systems Management Manual*, states in part, "The
name entered on the Judgement and Commitment Order is to be
considered the committed name to be used by the inmate, as well
as the Bureau of Prisons. SENTRY must reflect the committed
name, which may only be changed by federal court order."
Additionally, Program Statement 5800.08, *Receiving and Discharge
Manual*, indicates, "the name appearing on the Judgment and
Commitment Order (J&C) is the exact name to be used on all
paperwork, files, etc. Name changes shall only be accepted by a
federal court order." Your name, as it appears on your J&C, is
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and should be used by you when signing
official documents.

~~When staff request you sign Bureau of Prisons forms or documents,
you do so voluntarily. You have the option of refusing to sign
any document and staff will note your refusal accordingly.~~

You have provided no evidence to substantiate your claim staff
have violated your constitutional rights. Based on the above,
your appeal is denied.

In the event you are dissatisfied with this response, you may
appeal to the Bureau of Prisons, Administrative Remedy Section,
320 First Street, NW, Washington, D.C. 20534. Your appeal must
be received in that office within 30 days from the date of this
response.

_4-30-2003_
Date

_for_ Ronald G. Thompson
Regional Director

SENSITIVE - LIMITED OFFICIAL USE

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

**Shangowande Orisha-nla**

| From: | **Poullard, Ryan E.** | 06429-078 | SA | FCC Beaumont Low |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**  On 04/05/05 the three attached 'Requests for Administrative Remedy' were submitted to Administrative Remedy Clerk Gwen Booker by Correctional Counselor Allen. These Requests were returned on 04/07/05, without rejection notices, by Unit Manager (U.M.) Sharon Baird at approximately 2:50 PM.  U.M. Sharon Baird stated that Executive Assistant James Premo is not accepting Requests headed with both "religious and committed names." The use of both "religious and committed names" on mail and documents is completely lawful, therefore, Administrative Remedy Coordinator James Premo's discriminatory behavior is in fact an institution level rejection.  I am appealing this rejection in accordance with the **Appeal of Rejections** section of **P.S. 1330.13** and requesting that this unprofessional conduct be promptly and effectively curbed.

Thank you for your assistance.

_04/10/05 (42 A.D.)_
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _373354-R1_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____
USP LVN       DATE       Previous editions not usable ⊕       SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

**Remedy ID # 373354-A1**

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 6, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : RYAN EDWARD POULLARD, 06429-078
      BEAUMONT LOW FCI     UNT: SA    QTR: S02-917L
      P.O. BOX 26025
      BEAUMONT, TX 77720


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 373354-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : JUNE 1, 2005
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REJECT REASON 2: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 3: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 4: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 5: SEE REMARKS.

REMARKS         : PLEASE FOLLOW THE DIRECTIONS GIVEN TO YOU BY THE
                  REGIONAL OFFICE.

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: ___Shangowande Orisha-nla___  ___06429-078___  ___SA___  ___FCC Beaumont Low___
       Poullard, Ryan E.
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**    I am a descendant of the enslaved Africans, the constitutionally ordained "three fifths of a human being" people.  I didn't bother to shepardize the Dred Scott case because I can see that Black people <u>still</u> have no rights in America that white people are bound to respect.  I attempted 'Informal Resolution' and I tried to file a BP-9, but, Dred Scott.  Please send my rejection notice as soon as possible.

Thank you for your assistance.

___04/25/05 (42 A.D.)___
DATE

___Shangowande___
SIGNATURE OF REQUESTER

---

**Part B - RESPONSE**

RECEIVED
ADMINISTRATIVE REMEDY SECTION

_____ DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE      CASE NUMBER: ___373354-A___

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____ DATE      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN     PRINTED ON RECYCLED PAPER     BP-231(13)
                                          JUNE 2002