Ryan Poullard # 06429-078
(Shangowande Orisha-nla)
P.O. BOX 26020
Beaumont, TX 77720-6020
Plaintiff, pro se

FILED
SEP - 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN POULLARD §
(Shangowande Orisha-nla), §
        Plaintiff. §
§
v. §   MOTION FOR LEAVE TO PROCEED
§   IN FORMA PAUPERIS
§
HARLEY LAPPIN, §
HARRELL WATTS, §
(In Their Official Capacities) §   05 1768
        Defendants. §

COMES NOW, Ryan Poullard (Shangowande Orisha-nla), the Plaintiff, pro se, in the above entitled cause and moves the Court to enter its order granting leave to the Plaintiff to proceed In Forma Pauperis in the captioned cause.

In connection therewith, the Plaintiff attaches his affidavit of poverty, which is incorporated herein by reference as though fully set forth.

Dated: This 21st day of August, 2005.

                                    By the Plaintiff,

                                    Ryan Poullard
                                  (Shangowande Orisha-nla)

RECEIVED
AUG 2* 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ryan Poullard # 06429-078
(Shangowande Orisha-nla)
P.O. BOX 26020
Beaumont, TX 77720-6020
Plaintiff, pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD (Shangowande Orisha-nla), Plaintiff. § § § § | |
| v. § | **AFFIDAVIT OF POVERTY** |
| HARLEY LAPPIN, HARRELL WATTS, (In Their Official Capacities) Defendants. § § § § § | |

COMES NOW, Ryan Poullard (Shangowande Orisha-nla), the Plaintiff, pro se, in the above entitled cause, and states under his oath and under the pains and penalties of perjury the following:

1. The Plaintiff is a federal prisoner, incarcerated at the Beaumont Federal Correctional Complex (Low Security), Beaumont, Texas.

2. Plaintiff is unable to pay the costs for the above-entitled cause of action, or give security thereof.

3. Plaintiff seeks redress of his grievances against Bureau of Prisons employees for violation of his statutory rights. This Court has jurisdiction of this matter by virtue of 28 U.S.C. § 1331, the Religious Freedom Restoration Act, and the Religious Land Use And Institutionalize Persons Act, 42 U.S.C. §§ 2000bb, 2000cc. Venue is vested by virtue of the provisions of 28 U.S.C. § 1391 (e)(1)&(2).

4. Plaintiff is filing his Motion to Proceed In Forma Pauperis, and in connection therewith he attaches this Affidavit of Poverty, so that the Court will waive his costs because he has no funds and is unable to pay.

05 1768

FILED
SEP 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated: This 21st day of August, 2005.

                                    Respectfully submitted,

                                    _____
                                    Ryan Poullard
                                    (Shagowande Orisha-nla)
                                            pro se