UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 05-1768 (HHK) |
| HARLEY G. LAPPIN, et al., | ) |
|       Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time up to and including September 20, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendants' response to the Complaint would otherwise be due on August 21, 2006.

    This case pertains to plaintiff *pro se*'s request to "freely use both his religious and committed names on Administrative Requests, . . . legal documents and . . . prison paperwork . . . ." Compliant ¶ 21. As grounds for this motion, defendants state as follows:

    1. This is defendants' first motion for an enlargement of time;

    2. Defendants' response is currently due on August 21, 2006.

    3. An enlargement of time is needed because undersigned counsel has a dispositive motion due on August 18, 2006, in ICM Registry v. United States Department of Commerce and United States Department of State; another dispositive motion due on August 18, 2006, in Jackson L McGrady v. Donald C. Winter, Secretary of the Navy, and Department of the Navy; and a Reply due on August 22, 2006, in Peter B. v. United States of America.

4. An enlargement of time will have no effect on any other deadlines in this matter.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendants respectfully request that the enlargement sought be granted.

Defendants have not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1]  An order granting the relief sought is attached hereto.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
_____
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Ryan Poullard
(Shangowande Orisha-nla)
# 06429-078
FCI - Beaumont
POB 26020
Beaumont, Texas  77720-6020


            /s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1768 (HHK) |
| | ) |
| HARLEY G. LAPPIN, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

UPON CONSIDERATION of defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of August 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including September 20, 2006 in which to move, answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530

Ryan Poullard
(Shangowande Orisha-nla)
# 06429-078
FCI - Beaumont
POB 26020
Beaumont, Texas  77720-6020