UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 05-1768 (HHK) |
| HARLEY G. LAPPIN, et al., | ) |
|       Defendants. | ) |

### MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time up to and including October 20, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendants' response to the Complaint would otherwise be due on September 20, 2006.

This case pertains to plaintiff *pro se*'s request to "freely use both his religious and committed names on Administrative Requests, . . . legal documents and . . . prison paperwork . . . ." Compliant ¶ 21. As grounds for this motion, defendants state as follows:

1. Defendants' response is currently due on September 20, 2006.

2. An enlargement of time is needed because undersigned counsel has not been provided with the proper declarations in order to complete the dispositive motion in this matter.

3. This is defendants' second motion for an enlargement of time. However, this enlargement of time will have no effect on any other deadlines in this matter.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendants respectfully request that the enlargement sought be granted.

Defendants have not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1]  An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

---

[1]  Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Ryan Poullard
(Shangowande Orisha-nla)
# 06429-078
FCI - Beaumont
POB 26020
Beaumont, Texas  77720-6020


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1768 (HHK) |
| HARLEY G. LAPPIN, et al., | ) |
| Defendants. | ) |

**O R D E R**

UPON CONSIDERATION of defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of September 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including October 20, 2006 in which to move, answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530

Ryan Poullard
(Shangowande Orisha-nla)
# 06429-078
FCI - Beaumont
POB 26020
Beaumont, Texas  77720-6020