RECEIVED

SEP 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN POULLARD, )
(Shangowande Orunmila), )
       Plaintiff, )
        )
v. ) Civil Action No. 05-1768 (HHK)
        )
HARLEY G. LAPPIN, et al., )
       Defendants. )

### PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

    Plaintiff, pro se, hereby respectfully objects to defendants' move for an enlargement of time up to and including October 20, 2006, in which to answer, move, or otherwise respond to the Complaint in this action. This is the defendants' second motion for enlargement of time and their response to the Complaint was due on September 20, 2006.

    This case pertains to plaintiff pro se's request to "freely use both his religious and committed names on Administrative Requests...legal documents and...prison paperwork..." Complaint ¶ 21. As grounds for this objection, plaintiff states as follows:

    1. Defendants have had a reasonable and sufficient amount of time to respond to plaintiff's Complaint.

    2. Plaintiff's free use of "both his religious and committed names on Administrative Requests" has been since the filing of this complaint, honored by the Bureau of Prison's South Central Regional Office. See Exhibit A. This subsequent honoring of plaintiff's use of "both his religious and committed names on Administrative Requests" proves irrefutably that plaintiff's 3/3/05 infraction, the focal point of the above styled and numbered Complaint, is in fact unlawful.

    3. Should defendants be permitted to continually delay a ruling in this case, institution staff members at the plaintiff's place of incarceration will trample the plaintiff's legal rights and religious freedoms with impunity. Plaintiff's Complaint was filed approximately one year ago and that entire span of time has

been filled with an ongoing disregard for the law by institution staff members. See Exhibit B.

To curb this lawless behavior at the institution level, plaintiff prays that defendants' move for an enlargement of time up to and including October 20, 2006, be denied and that judgment be entered against the defendants in this action.

Respectfully submitted,

/Ryan Poullard
(Shangowande Orunmila)
Plaintiff, pro se
Reg. # 06429-078
P.O. Box 26020
Beaumont, TX 77720-6020

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the plaintiff's objection to defendants' motion for enlargement of time to answer, move or otherwise respond to plaintiff's complaint was forwarded first class mail to the Clerk of the United States District Court for the District of Columbia on this __26th__ day of September, 2006.

/s/ Ryan Poullard
(Shangowande Orunmila)
Plaintiff, pro se