Attachment A



U.S. Department of Justice

Federal Bureau of Prisons

---

**Federal Correctional Complex, Beaumont**                         Beaumont, Texas 77720

August 25, 2005

MEMORANDUM FOR ALL INMATE RELIGIOUS GROUPS

FROM:              MACK PRAYTOR, SUPERVISORY CHAPLAIN

SUBJECT:           Purchases for FY 2006

The Religious Services Department is requesting each religious community to present their requests for books, videos, and other community religious material for FY 2006. Please take the time to review your group's <u>needs</u> for the upcoming fiscal year and <u>type a list of materials by priority (the greatest need at the top of the list)</u>. Handwritten lists will not be accepted. This list must be completed and turned in to the Chaplain no later than Monday, October 17, 2005.

While preparing the list keep the following in mind:

1. The list you submit is ONLY A RECOMMENDATION. The Chaplain makes the final determination of what is purchased for the department. Therefore, just because you request something doesn't mean it will be purchased.

2. Due to the recently developed Standard Operating Procedures, materials must be considered religious in nature. These materials will not contain profanity; descrimination based on gender, race or religion; or contain language which may be interpreted as a threat to the safety, security or orderly running of the institution.

3. The Chaplain has the responsibility to manage the budget equitably among the numerous religious groups.

4. Additional lists will not be accepted after October 17, 2005. Any list submitted after October 17 will be returned.

5. Lists that are not typed will be returned.

Thank you for taking the time to assist in this request. <u>Your prompt attention in this matter will help ensure your community's religious needs are met in the months ahead.</u>

cc: AW(C)
    File