Attachment B

## FY 2006 Purchase List
## for
## The Ifa Community

| Item/Title | Author/Musician | Vendor # |
|---|---|---|
| 1. Sacred objects and representations for outdoor (Ifa lodge) shrines. [Shango, Egun (Ancestors), Olokun, Ogun, Oshun, Ibeji, Shopona (Babaluaiye), Yemowo (Yemoja), Orisha-nla (Obatala), Oya, Eshu (Real Eshu Yangi's), Orunmila, and Oduduwa]. | | 2 |
| 2. Orisha carvings and sacred representations for chapel shrines. [Same as above]. | | 2 |
| 3. Consecrated drums (talking drums included). | | 2 |
| 4. Beaded calabashes. | | 2 |
| 5. Gongs. | | 2 |
| 6. White candles. | | 2 |
| 7. Consecrated Black Soap. | | 2 |
| 8. Congregational Obi Divination Implements (Straw casting tray included). | | 2 |
| 9. Containers (cups or small dishes) for water to be used in chapel meetings. | | — |
| "Ifism: The complete Works of Orunmila" (All Volumes). | C. Osamaro Ibie | 1 |
| "The Sacred Ifa Oracle" | Afolabi A. Epega & Phillip Neimark | 1 |
| Materials for Offerings [Kolanuts (plain, bitter, & white), cowrie shells, Red Parrot feathers, Peacock feathers, Loose Beads & fishing line or suitable substitute for stringing beads]. | | 2 |
| Traditional straw prayer mats. | | 2 |
| Pillows for meditation and divination. | | — |
| Incense [Myrrh, Sweet Almond, Frankincense (olibanum), Rose, Lavender, Jasmine, Sage, Lotus, Cedarwood, Honeysuckle, Cinnamon, Lily of the Valley, Jasmine, Spearmint, & Sandalwood]. | | — |
| "Yoruba: Mo On Ko, Mo On Ka; Know how to Write It, Know how to Read It." | Adebusola Onabajo Onayemi | 3 |
| Egbe Omo Anago Series- Orisha Obatala Parts 1&2<br>" Orisha Oshun Parts 1&2<br>" Orisha Shango Parts 1&2<br>" Orisha Ogun | Cassettes | 1 |
| CD- Festival of Deities | Chief Bolu Fatunmise | 1 |

| Item/Title | Author/Musician | Vendor # |
|---|---|---|
| "African Drumming" (Video) | Babatunde Olatunji | 5 |
| "Yoruba Modern Practical Dictionary: Yoruba-English; English-Yoruba." | J. Fakinlede | 4 |
| "Kalani: African Beats" | Video | 5 |

## Vendors

#1-  Yoruba Book Center
     610 New York Ave.
     Brooklyn, NY 11203
     Tel: (718) 774-5800
     Fax: (718) 467-0099
     Email:
     atheliahenriettapress@yahoo.com

#2-  Ile Awise Ifa
     4321 Cardinal Drive
     Dallas, Tx 75216
     Tel: (214) 372-3754
          (214) 372-3637

#3-  Bis Bus International
     40 Alana Drive
     Barrie, Ontario
     L4N 7K8 CANADA
     Tel: (705) 728-1697
     Tel/Voice Mail/Fax: (705) 728-0980
     Email: info@learnyoruba.com
     Web site: www.learnyorub.com

#4-  Barnes & Noble

#5-  Warner Bros. Publications
     15800 NW 48th Avenue
     Miami, Florida 33014
     Tel: 1-800-327-7643
          (305) 620-1500
     Fax: (305) 621-4869
     Email:
     wbpsales@warnerchappell.com