Attachment C

BP-S148.055  INMATE REQUEST TO STAFF  CDFRM
SEP 93
U.S. DEPARTMENT OF JUSTICE                            FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Deputy Warden Quintana | DATE: 6/02/06 (43 A.D.) |
|---|---|
| FROM: Shangowande Orisha-nla  Ryan Poullard | REGISTER NO.: 06429-078 |
| WORK ASSIGNMENT: SA Unit Orderly | UNIT: SA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am a devotee of Ifa, an officially approved faith group that was authorized for introduction at this facility well over a year ago. ① However, the materials, requisite accommodations, and the meeting of our fundamental religious needs have been totally neglected by institution staff. We are the only non-christian faith group that does not have its own locker for supplies and literature. The approved "New & Unfamiliar Religious Components" submittal stipulated two meetings per week, one for study/instruction and the other for prayer/meditation, but more than a year later this simple need has not been met. ② Worship materials were also included in this approved submittal, but more than a year later we have none. We are the only faith group in the Bureau of Prisons that is not allowed to celebrate its holy days, even though these holy days were officially approved via "New & Unfamiliar Religious Components" established procedure. In May 2006,

(Do not write below this line)

DISPOSITION:

Signature Staff Member                           Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

