Attachment D

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

POULLARD, RYAN
Reg. No. 06429-078
Unit: SA

This is in response to your Inmate Request to Staff dated June 6, 2006, in which you state your religious needs are being neglected by staff. Additionally, you note your group does not have it's own locker for supplies and literature. Further you request two meetings per week instead of one, and you claim worship materials have not been purchased for your group. Finally, you remark you are not allowed to celebrate your holy days. An investigation of your request reveals Ifa, your religion, has been approved to meet during the same time and space as other Yoruban-based religious groups. The Yoruban group has a locker and is labeled accordingly. There are several religious groups who meet once a week in the Chapel. On May 7, 2006, the General Yoruban group's time in the Chapel was doubled from one to two hours for the weekly scheduled meeting. Books and literature you have requested have been purchased. Other items will be forth coming as the budget allows.

Regarding your request to observe June 8 and 9, 2006, as days of work proscription to observe "Shopona," the chaplain requested you to provide documentation that your religion mandates these days off from work to observe work proscription. As of today's date, you have not provided sufficient documentation to confirm why you cannot work on the days you requested. Therefore, your request is denied.

_____          _6-13-06_
Francisco J. Quintana, Deputy Warden          Date