Attachment E

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                               FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Chaplain Watanabe | DATE: 8/9/06 |
| FROM: Sàngówándé Òrìsà-nlá / Ryan Poullard | REGISTER NO.: 06429-078 |
| WORK ASSIGNMENT: Unit Orderly | UNIT: SA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Since the institution has not provided my faith group's approved outdoor Ifá lodge, I have had no choice but to place my daily prayer offerings in my locker. Because I didn't have a chapel memo or some sort of written permission to pray, I was written an incident report and taken to the S.H.U. for having offerings in my locker. Please give me some sort of written permission to use my locker as a substitute for the approved outdoor Ifá lodge.

Thank you.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

TO: POULLARD, RYAN                         FCC BEAUMONT (Low)
Reg. No#. 06429-078
Unit: SA

SUBJECT: Offerings in your locker

This is in response to your Inmate Request to Staff dated August 9, 2006 in which you request a memo granting permission to use your locker as an alter.

An investigation to your request reveals we are not forbidding the use of the locker as an alter or shrine for your religion. However, it is never permissable to keep spoiled or rotten food in the locker. As an alternative, use hard candies or sealed food items from Commissary. If the food begins to spoil, dispose of it in a timely manner. A memo circumventing hygenic policies cannot be issued from this office.

Thank You,

*[signature]*

James Watanabe, Chaplain

*[handwritten:]* Where in my request did I ask for a memo circumventing hygenic policies?