Exhibit B

Submitted on this 25th day of September, 2006.

<u>Administrative Remedy Coordinator & Clerk</u>

BMC 1330.13
[date]
Attachment, A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmates Name: Shangowande Orunmila Ryan Poullard    Reg. No. 06429-078    Unit, SA

Specific Complaint and Requested Relief: On Monday 9/11/06 the attached 'Request for Administrative Remedy' was submitted to my housing unit's Correctional Counselor and was returned to me on Thursday 9/21/06 without having been filed or processed as required by Bureau policy. Access to relief in federal courts for violations of statutory and constitutional rights cannot be granted to the incarcerated until all Administrative Remedies have been exhausted. I have a legal right to access to the courts and this groundless refusal to process my legitimate complaint is in fact an obstruction. Please provide me with the reason, or reasons for the Administrative Remedy staff's refusal to process my request dated 9/07/06.

Thank you for your assistance.

Efforts Made By Inmate To Informally Resolve Grievance (Be Specific)

Counselor's Comments:

Unit Manager's Review / Date

**U.S. DEPARTMENT OF JUSTICE**  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Shangowande Orisha-nla a/k/a Poullard, Ryan E.   06429-078   SA   FCC Beaumont Low
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST**   For nearly two years I have been requesting that the <u>all natural</u> Ifa vegetarian diet which was approved by the South Central Regional Office on 9/24/04, be implemented and made available for the members of my faith group. On 6/07/06, after my last request, I was interviewed for the "religious diet menu" by Chaplain Watanabe. In the resultant "Notification of Religious Diet Accommodation" I was denied participation in the Bureau's "religious diet menu," and approved for mainline no-flesh participation which is in no way determined by religious affiliation. <u>Everyone</u> is permitted to make use of the no-flesh option, all you have to do is say "soy" or "no-meat" at the serving counter. I know this because I was doing this from time to time, along with hundreds of others, before I was "approved" by the Chaplain. Soy bean pellets, the material that is used for the mainline no-flesh option, are not <u>all natural</u> and do not meet my religious dietary needs. Please see to it that the Ifa vegetarian diet, as laid out on page 8 of my "New and Unfamiliar Religious Components" submittal, is promptly made available at this institution for the members of my faith group.

9/07/06  
DATE                                                                          SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____   _____  
DATE                       WARDEN OR REGISTRY DIRECTOR

*...atisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                  CASE NUMBER: _____

                                                            CASE NUMBER: _____
**C- RECEIPT**

) to: _____  
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

CT: _____

Submitted on this 7th day of June, 2006.

BMC 1330.13
[date]
Attachment, A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmates Name: Sangowande Orisa-nla a/k/a Ryan Poullard    Reg. No. 06429-078    Unit, SA

Specific Complaint and Requested Relief: The Ifá faith group's approved "New & Unfamiliar Religious Components" submittal clearly articulated the need for an all natural vegetarian diet, yet more than a year after its approval this diet has not been implemented. Per the Code of Federal Regulations, the religious dietary needs of all faith groups are to be met through common fare. However, common fare at this institution caters to the religious needs of Judeo-Christian and Islamic faith groups only. This practice of providing for the religious dietary needs of certain faith groups while disregarding the needs of others is offensive and it amounts to an institutionalized system of religious discrimination. Attached is a cop-out response which, in essence, tells me that my only religious dietary option at this institution is to adhere to a diet designed to meet the needs of a faith group other than my own. That is absurd. Please see to it that the approved all-natural Ifá vegetarian diet is promptly implemented. Thank you.

Efforts Made By Inmate To Informally Resolve Grievance (Be Specific)

Counselor's Comments:

Correctional Counselor's Review/Date          Unit Manager's Review / Date