# Exhibit A

# Public Information Inmate Data

```
FUNC...: DIS        RESP OF: BML / DESIGNATED, AT ASSIGNED FACIL
                    PHONE...: 409-727-0172    FAX: 409-626-3500
                                       RACE/SEX...: BLACK / MALE
FBI NUMBER.: 212192VA6                 DOB/AGE....
PROJ REL MT: GOOD CONDUCT TIME RELEASE PAR ELIG DT: N/A
PROJ REL DT: 12-08-2010                PAR HEAR DT:
-------------------------- ADMIT/RELEASE HISTORY --------------------------
FCL   ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
BML   A-DES      DESIGNATED, AT ASSIGNED FACIL 11-04-1998 1630 CURRENT
4-C   RELEASE    RELEASED FROM IN-TRANSIT FACL 11-04-1998 1730 11-04-1998 1730
4-C   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-04-1998 1436 11-04-1998 1730
OAK   TRANSFER   TRANSFER                      11-04-1998 1336 11-04-1998 1336
OAK   A-DES      DESIGNATED, AT ASSIGNED FACIL 09-28-1998 1153 11-04-1998 1336
4-C   RELEASE    RELEASED FROM IN-TRANSIT FACL 09-28-1998 1253 09-28-1998 1253
4-C   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-27-1998 1210 09-28-1998 1253
OAK   IAD        INTERSTATE AGRMNT ON DETAINERS 08-27-1998 1110 09-28-1998 1153

G0002       MORE PAGES TO FOLLOW . . .
```

Case 1:05-cv-01768-HHK    Document 14-2    Filed 10/20/2006    Page 3 of 6

```
                          PUBLIC INFORMATION                10-17-2006
                             INMATE DATA                     16:25:36
                          AS OF 10-17-2006
```

REGNO..: 06429-078 NAME: POULLARD, RYAN EDWARD
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: BML / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 409-727-8172   FAX: 409-626-3500

| | | | | | | |
|---|---|---|---|---|---|---|
| OAK | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-16-1998 | 1620 | 08-27-1998 | 1110 |
| B04 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-16-1998 | 1720 | 03-16-1998 | 1720 |
| B04 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-16-1998 | 0540 | 03-16-1998 | 1720 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 03-16-1998 | 0440 | 03-16-1998 | 0440 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 03-03-1998 | 1530 | 03-16-1998 | 0440 |
| 1-S | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-03-1998 | 1630 | 03-03-1998 | 1630 |
| 1-S | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 02-20-1998 | 1135 | 03-03-1998 | 1630 |
| CNO | ADMIN REL | ADMINISTRATIVE RELEASE | 02-20-1998 | 1035 | 02-20-1998 | 1035 |
| CNO | A-ADMIN | ADMINISTRATIVE ADMISSION | 02-20-1998 | 1018 | 02-20-1998 | 1035 |

G0002        MORE PAGES TO FOLLOW . . .

Case 1:05-cv-01768-HHK     Document 14-2     Filed 10/20/2006     Page 4 of 6

PUBLIC INFORMATION
INMATE DATA
AS OF 10-17-2006

10-17-2006
16:25:36

REGNO..: 06429-078 NAME: POULLARD, RYAN EDWARD
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: BML / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 409-727-8172    FAX: 409-626-3500
PRE-RELEASE PREPARATION DATE: 06-08-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-08-2010 VIA GCT REL

-------------------------CURRENT JUDGMENT/WARRANT NO: 010 --------------------

COURT OF JURISDICTION...........: TEXAS, EASTERN DISTRICT
DOCKET NUMBER...................: 1:97CR00052-001
JUDGE...........................: SCHELL
DATE SENTENCED/PROBATION IMPOSED: 02-04-1998
DATE COMMITTED..................: 03-16-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002      MORE PAGES TO FOLLOW . . .

PAGE 004

PUBLIC INFORMATION
INMATE DATA
AS OF 10-17-2006

10-17-2006
16:25:36

Case 1:05-cv-01768-HHK    Document 14-2    Filed 10/20/2006    Page 5 of 6

REGNO..: 06429-078 NAME: POULLARD, RYAN EDWARD
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: BML / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 409-727-8172    FAX: 409-626-3500

```
                     FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:      $100.00        $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00
```

-------------------------------CURRENT OBLIGATION NO: 010 -------------------------------
OFFENSE CODE....:  381
OFF/CHG: POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE/21:841(A)(1)

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   188 MONTHS
   TERM OF SUPERVISION............:     5 YEARS


G0002       MORE PAGES TO FOLLOW . . .

Case 1:05-cv-01768-HHK     Document 14-2     Filed 10/20/2006     Page 6 of 6

PUBLIC INFORMATION
INMATE DATA
AS OF 10-17-2006

10-17-2006
16:25:36

REGNO..: 06429-078 NAME: POULLARD, RYAN EDWARD