# Exhibit B

# Jon Woods Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN POULLARD,                )
    Plaintiff,            )
                          )
                          )
v.                            )   CIVIL ACTION 05-1768 D.D.C.
                          )
                          )
U.S. DEPARTMENT OF JUSTICE,   )
    Defendant.            )
_____)

### DECLARATION OF JON WOODS

In accordance with 28 U.S.C. § 1746, I, JON WOODS, make the following unsworn declaration, under penalty of perjury, pertinent to the above styled and numbered cause:

1. At present, I am a Chaplain for the Federal Bureau of Prisons (BOP) in Pine Knot, Kentucky; I have been employed in this capacity since March 19, 2006. Prior to my employment in Pine Knot, I was chaplain in Beaumont, Texas from April 22, 2001 until March 18, 2006.

2. As a chaplain, it is my duty to provide a full pastoral ministry to inmates of all faith groups, which includes providing inmates the opportunity for public and private worship on Sundays and other holy days. In addition, as a correctional employee I am charged with responsibility for maintaining the security of the institution and for the enforcement of BOP regulations.

3. I instructed Inmate Ryan Poullard that he should only use his BOP committed name when signing into the Religious Services faith group at a meeting with other faith group liaisons and also individually. On March 3, 2005, Inmate Poullard signed into Religious Services using both his temporary religious name and his BOP committed name.

4. I prepared a disciplinary incident report against Inmate Poullard as a result of his failure to follow my instructions. The Unit Discipline Committee found Inmate Poullard guilty of this offense and sanctioned him to ten hours of extra duty.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 19 day of October, 2006.

_____
Jon Woods
Chaplain