# Exhibit E

# Administrative Remedy Generalized Retrieval

```
REGNO: 06429-078  NAME: POULLARD, RYAN
RSP OF...: BML  UNT/LOC/DST: SA
REMEDY ID: 422600-F1      SUB1: 15BM SUB2:          QTR.: S04-055L    RCV OFC: BML
UNT RCV..: SA             QTR RCV.: Z01-114LAD      DATE RCV:   08-07-2006
UNT ORG..: SA             QTR ORG.: Z01-114LAD      FACL RCV: BML
EVT FACL.: BML    ACC LEV:                          FACL ORG: BML
ABSTRACT.: REQUEST IN WRITING DENIAL OF IFA RELIGION.   RESP DUE:
STATUS DT: 08-07-2006  STATUS CODE: REJ  STATUS REASON: INF SIG CON
INCRPTNO.:          RCT:     EXT:    DATE ENTD: 08-07-2006
REMARKS..: UNIT MGR/CORRECTIONAL COUNSELOR MUST SIGN BP-8 PRIOR
           TO SUBMITTING A BP-9.



G0002          MORE PAGES TO FOLLOW . . .
```