# Exhibit G

# Inmate Religious History Form

```
REG NO..: 06429-078   NAME....: POULLARD, RYAN EDWARD
CATEGORY: RLG         FUNCTION: DIS         FORMAT:

FCL   ASSIGNMENT  DESCRIPTION               START DATE/TIME   STOP  DATE/TIME
BML   OTHER       OTHER RELIGION            10-19-2004 1017   CURRENT
BML   NATION      NATION OF ISLAM           08-25-2004 1522   10-19-2004 1017
BML   OTHER       OTHER RELIGION            01-13-2004 1402   08-25-2004 1522
BML   MOORISH     MOORISH SCIENCE TEMPLE    08-13-2002 1004   01-13-2004 1402
BML   PROTESTANT  PROTESTANT                12-26-2001 1409   08-13-2002 1004
BML   MUSLIM      MUSLIM                    11-14-2001 1131   12-26-2001 1409
BML   CATHOLIC    CATHOLIC                  04-01-1998 0920   11-14-2001 1131
OAK   UNKNOWN     RELIGION UNKNOWN          02-20-1998 1018   04-01-1998 0920


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```