# Exhibit H

# Program Statement 5800.13

```
                                                    PS 5800.13
                                                    6/28/2002
                                                    Page 1
```



U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

OPI: CPD
NUMBER: 5800.13
DATE: 6/28/2002
SUBJECT: Inmate Systems Management Manual

1. **PURPOSE AND SCOPE.** To provide direction to ensure consistency in carrying out Inmate Systems Management responsibilities.

Inmate Systems Management (ISM) is responsible for many diverse activities and duties that are essential to the orderly intake and release of inmates, computing and tracking inmate sentence information, and providing secure mail services to inmates and staff. This edition of the Inmate Systems Management Manual incorporates various changes that have occurred within Inmate Systems since publication of the last Change Notice to the Inmate Systems Management Manual.

2. **SUMMARY OF CHANGES.** This Manual has been rewritten to comply with the "Plain Language" initiative. Other changes have been made in accordance with Executive Staff decisions and field recommendations.

If local procedures are changed, the local union will be notified in accordance with the Master Agreement. Training will be conducted for affected departments as necessary.

The following is a summary of the major changes to the Manual.

**f. Verification of Birth Date for Federal Juvenile Delinquency Act (FJDA) Commitments.** Probation or commitment under the terms of the FJDA may not extend beyond the juvenile's 21st birthday or the maximum term which could have been imposed on an adult convicted of the same offense, whichever is sooner, unless the juvenile has attained his/her 18th birthday. In such cases, probation or commitment may not exceed the lesser of two years or the maximum term which could have been imposed on an adult convicted of the same offense. For this reason, birth dates on FJDA cases must be verified.

Often, the U.S. Probation Officer will verify the date of birth and report it in the PSI. If so, this is sufficient.

If not, verification must be requested from the Bureau of Vital Statistics in the state of birth. The request letter must include the birthplace, date claimed and the full names of both parents. A fee is often charged for a records search. Payment of the fee is a legitimate expense and must be coordinated with the Financial Management Office.

**g. Aliens.** As a result of the Enhanced Institution Hearing Programs (IHP) and other statutes regarding deportation of aliens, most foreign born inmates will know their deportation status prior to their release from their federal sentences. INS will monitor inmates not designated into the Enhanced IHP via SENTRY. The Criminal Alien Program at FDC/FCI Oakdale will continue to designate aliens to this program at the end of the inmates' sentences.

Aliens who are participating in the Enhanced IHP will have CMA assignments reflecting their current status. Case management staff at the designated institution will enter the appropriate CMA assignments into SENTRY. FDC/FCI Oakdale ISM staff will enter the CMA assignment for those aliens participating in the Criminal Alien Program at FDC/FCI Oakdale.

When a release audit is performed on a file for an alien and no determination has been made regarding deportation status, local INS must be contacted immediately to review the alien's case. Local procedures must be established with appropriate INS offices to review these type of cases.

**h. Inmate Committed and Legal Names.** The name entered on the Judgment/Commitment Order is considered the committed name to be used by the inmate, as well as the Bureau. SENTRY must reflect the committed name, which may only be changed by an order from the federal sentencing court. Court orders will be filed in the J&C File in accordance with Chapter 5 of this Manual.

PS 5800.13
6/28/2002
Chapter 6, Page 7

A file review will be conducted on inmates with multiple judgments. Based on the review a committed name will be selected.

- Inmates who are committed on a new judgment, and have a pending violation, will have their committed name reflect the name used on the new judgment.
- Inmates who are committed as violators will retain the name used on their original commitment.
- Inmates who are committed to serve a violator term, and at the same time committed on additional judgments (whether aggregable or not), will be admitted with the name used on the original commitment (prior to violation).
- In complex situations, or if further clarification is required, contact the Regional Inmate Systems Administrator (RISA).

Some Judgment/Commitment Orders indicate "legal" names or "true" names in addition to the committed names used in the criminal case. A SENTRY code for "legal" name has been established for this purpose. The SENTRY "legal" name field must be updated to include any of these types of names the sentencing court provided.

Additionally, inmates may adopt name changes in accordance with religious affiliations or other lawful means. It is the inmate's responsibility to provide the ISM with verifiable documentation of the name change which will be entered by staff in the SENTRY "legal" name field.

Names that are inflammatory, and contrary to the institution's security or orderly operation are not acceptable. When a religious name is questionable, consultation with the institution Chaplain may be necessary. When an inmate's name change is other than by federal court order, the Warden has final discretion whether to give it effect through Bureau records. Inmates dissatisfied with the Warden's decision may file a formal grievance through the Bureau's Administrative Remedy Program.

**602. FINES AND COSTS**

It is the ISM's responsibility to indicate on the SENTRY Sentence Computation Record the existence of fine or cost penalties. They are also responsible for coordinating administrative procedures required of the Bureau to process the release of inmates with satisfied or unsatisfied fines and/or costs. (For any fines and costs related to old law sentences, see the Program Statement on Fines and Costs.)