# Exhibit I

# James Watanbe Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN POULLARD,
    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,
    Defendant.

CIVIL ACTION 05-1768 D.D.C.

## DECLARATION OF JAMES WATANABE

In accordance with 28 U.S.C. § 1746, I, JAMES WATANABE, make the following unsworn declaration, under penalty of perjury, pertinent to the above styled and numbered cause:

1. I am chaplain for the Federal Bureau of Prisons (BOP) in Beaumont, Texas, and have been employed in this capacity since November 2002.

2. As a chaplain, it is my duty to provide a full pastoral ministry to inmates of all faith groups which includes opportunities for public and private worship on Sundays and other holy days. Along with all other correctional employees, I am charged with the responsibility of maintaining security of the institution and enforcing the Bureau of Prisons' regulations.

3. In accordance with the tenants of Inmate Poullard's religion, religious ceremonies granting name changes require an Ifa priest.

4. Inmate Ryan Poullard has been informed that, if he requires a religious ceremony to receive his permanent religious name, a priest must be present, and he must provide institution staff with the name of the priest who will perform the ceremony.

5. Inmate Poullard has produced the name of a Ifa priest, Mr. Ifakorede Awoyefa. Mr. Awoyefa has been given permission by his religious authority, and the full concurrence from the Ifa temple in Dallas to perform the rites and rituals of Ifa. Based on that information, Religious Services has contacted and requested Mr. Awoyefa to enter the institution and instruct the Ifa/Yoruba inmates, and start the preparation process for the religious name changing ceremony. Mr Awoyefa has been visiting with Inmate Poullard since August 19, 2006. In addition, Religious Services has been procured several religious items for the Ifa worship service to be used only under the instruction of Mr. Awoyefa, and is in the process of establishing Mr. Awoyefa as a class 2 volunteer to offer general spiritual guidance to inmates who adhere to the Ifa religion in this institution.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 19th day of October, 2006.

James Watanabe
Chaplain