Exhibit C

```
                                                        BMC 1330.13
                                                        [date]
                                                        Attachment,A
```

DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT
---

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program,</u>(Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmates Name:_____ Reg. No._____Unit,____

Specific Complaint and Requested Relief:

---

Efforts Made By Inmate To Informally Resolve Grievance(Be Specific)
_____
_____
_____
_____
_____
_____
_____

Counselor's Comments:_____
_____
_____
_____
_____
_____
_____

Exhibit D

Submitted on this 25th day of September, 2006.

Administrative Remedy Coordinator & Clerk

BMC 1330.13
[date]
Attachment, A

DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmates Name: Shangowande Orunmila Ryan Poullard    Reg. No. 06429-078    Unit, SA

Specific Complaint and Requested Relief: On Monday 9/11/06 the attached 'Request for Administrative Remedy' was submitted to my housing unit's Correctional Counselor and was returned to me on Thursday 9/21/06 without having been filed or processed as required by Bureau policy. Access to relief in federal courts for violations of statutory and constitutional rights cannot be granted to the incarcerated until all Administrative Remedies have been exhausted. I have a legal right to access to the courts and this groundless refusal to process my legitimate complaint is in fact an obstruction. Please provide me with the reason, or reasons for the Administrative Remedy staff's refusal to process my request dated 9/07/06.

Thank you for your assistance.

Efforts Made By Inmate To Informally Resolve Grievance (Be Specific)

Counselor's Comments:

Correctional Counselor's Review/Date    Unit Manager's Review/Date

U.S. DEPARTMENT OF JUSTICE                                    REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Shangowande Orisha-nla a/k/a Poullard, Ryan E.**          06429-078          SA          FCC Beaumont Low
      LAST NAME, FIRST, MIDDLE INITIAL                    REG. NO.             UNIT            INSTITUTION

**Part A- INMATE REQUEST**   For nearly two years I have been requesting that the all natural Ifa vegetarian diet which was approved by the South Central Regional Office on 9/24/04, be implemented and made available for the members of my faith group. On 6/07/06, after my last request, I was interviewed for the "religious diet menu" by Chaplain Watanabe. In the resultant "Notification of Religious Diet Accommodation" I was denied participation in the Bureau's "religious diet menu," and approved for mainline no-flesh participation which is in no way determined by religious affiliation. Everyone is permitted to make use of the no-flesh option, all you have to do is say "soy" or "no-meat" at the serving counter. I know this because I was doing this from time to time, along with hundreds of others, before I was "approved" by the Chaplain. Soy bean pellets, the material that is used for the mainline no-flesh option, are not all natural and do not meet my religious dietary needs. Please see to it that the Ifa vegetarian diet, as laid out on page 8 of my "New and Unfamiliar Religious Components" submittal, is promptly made available at this institution for the members of my faith group.

9/07/06
DATE                                                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**




DATE                                                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                         CASE NUMBER: _____

                                                                   CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.         UNIT         INSTITUTION

SUBJECT: _____

_____              _____
DATE                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                                         BP-229(13)
                                                                                APRIL 1982

Submitted on this 1st day of June, 2006.

BMC 1330.13
[date]
Attachment, A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmates Name: Sàngówándé Òrìsà-nlá a/k/a Ryan Poullard   Reg. No. 06429-078   Unit, SA

Specific Complaint and Requested Relief: The Ifá faith group's approved "New & Unfamiliar Religious Components" submittal clearly articulated the need for an all natural vegetarian diet, yet more than a year after its approval this diet has not been implemented. Per the Code of Federal Regulations, the religious dietary needs of all faith groups are to be met through common fare. However, common fare at this institution caters to the religious needs of Judeo-Christian and Islamic faith groups only. This practice of providing for the religious dietary needs of certain faith groups while disregarding the needs of others is offensive and it amounts to an institutionalized system of religious discrimination. Attached is a cop-out response which, in essence, tells me that my only religious dietary option at this institution is to adhere to a diet designed to meet the needs of a faith group other than my own. That is absurd. Please see to it that the approved all-natural Ifá vegetarian diet is promptly implemented. Thank you.

Efforts Made By Inmate To Informally Resolve Grievance (Be Specific)

_____
_____
_____
_____
_____
_____

Counselor's Comments: _____
_____
_____
_____
_____
_____

Correctional Counselor's Review/Date

Submitted on this 29th Day of September, 2006.

Deputy Warden Quintana

BMC 1330.13
[date]
Attachment, A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmates Name: Shangowande Orunmila / Ryan Poullard    Reg. No. 06429-078    Unit, SA

Specific Complaint and Requested Relief: My faith group, Ifa, is being denied access to chapel time and space for the observance of our approved holy days. Your 6/13/06 'Response to Inmate Request to Staff Member,' in which you denied my "request to observe June 8th and 9th, 2006, as days of work proscription to observe 'Shopona,'" apparently served as a denial of all rights to celebrate, observe, and/or acknowledge our approved Orisha celebrations. Excluding our 'Shopona' observances, six holy day celebrations have been completely ignored since your 6/13/06 response. In an effort to give some semblance of respect to our sincerely held religious beliefs, the members of my faith group planned a Black History program as a substitute for our neglected 'Oya' holy days but you ignored my request for its approval. See Attachment. Please explain the reason or reasons for this ongoing denial of my faith group's religious rights.

Thank you for your assistance.

Efforts Made By Inmate To Informally Resolve Grievance (Be Specific)

_____
_____
_____
_____
_____
_____

Counselor's Comments: _____
_____
_____
_____
_____
_____

Correctional Counselor's Review/Date          Unit Manager's Review / Date

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Deputy Warden Quintana | DATE: 9/04/06 |
|---|---|
| FROM: Sàngowándé Òrìsà-nlá  Ryan Poullard | REGISTER NO.: 06429-078 |
| WORK ASSIGNMENT: Rec. AM. | UNIT: SA |

DG

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

With the exception of one isolated observance in January 2005, the members of my faith group have not been permitted to celebrate, observe, or acknowledge our approved holy days in any form whatsoever since Ifa's (misnomered "General Yoruban Program") approval in September 2004. Because our holy days should be honored, with or without the help of chapel staff, we planned a Black History program for 9/27/06 to compensate for our ignored September 4th & 5th "Oya" celebrations. On 9/1/06 I asked the chaplain if the chapel would be available on the 27th and he said yes. On 9/2/06 I was called to the chapel, told that "Black History month is in February," and informed that our program would need your approval. So, may we substitute a Black History program for our neglected "Oya" holy days? A timely response would be greatly appreciated. Thank you.

(Do not write below this line)

Disposition:

Signature Staff Member                Date:

Record - Copy - File; Copy - Inmate            This form replaces BP-148.070 dated Oct. 86
(this form may be replicated via WP            BP-S148.070 APR 94

Exhibit E

Submitted on this 26th day of October, 2006.

Unit Manager Sharon Baird

BMC 1330.13
[date]
Attachment, A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmates Name: Shangowande Orunmila / Ryan Poullard     Reg. No. 06429-078     Unit, SA

Specific Complaint and Requested Relief:

On 03/08/05, I was sanctioned by UDC for having signed a chapel sign-in sheet with both my religious and committed names. This sign-in method is protected by the United States Code, therefore, the unlawful UDC action in question must be expunged. Please remove this blemish from my disciplinary record.

Thank you for your assistance.

Efforts Made By Inmate To Informally Resolve Grievance (Be Specific)

_____
_____
_____
_____
_____
_____

Counselor's Comments: _____

_____
_____
_____
_____
_____

Correctional Counselor's Review/Date        Unit Manager...