Exhibit F

BP-S288.052 INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

1. Name Of Institution: **FCC Beaumont - Low**

Part I - Incident Report

| 2. Name Of Inmate<br>WILLIAMS, A. | 3. Register Number<br>46314-079 | 4. Date Of Incident<br>March 4, 2005 | 5. Time<br>12:30 p.m. |
|---|---|---|---|
| 6. Place Of Incident<br>Chapel | 7. Assignment | 8. Unit<br>S05-001U | |

9. Incident **310 - Unexcused Absence From an Assignment**

11. Description Of Incident (Date: 3/4/05  Time: 1:30 pm  Staff become aware of incident)

On March 4, 2005, the above named inmate was on callout for the chapel at 12:30 p.m. for Jumah Prayer. The group left the chapel on the 1:30 p.m. move and turned in their sign-in sheet. Each individual is required to sign-in for each program/service in the chapel. This individual did not sign in and therefore it must be assumed he did not appear for his callout assignment.

A COPY OF THE COMPLETED SIGN IN-SHEET FOR THE SUNNI MUSLIM SERVICE ON 3/4/05 IS ATTACHED

| 12. Signature Of Reporting Employee | Date And Time<br>3/4/05  2:15 pm | 13. Name And Title (Printed)<br>K. A. Wheat / Counsleor | |
|---|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | | 15. Date Incident Report Delivered<br>3-4-05 | 16. time Incident Report Delivered<br>8:12pm |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

18. A. It Is The Finding Of The Committee That You:
___ Committed The Following Prohibited Act.

___ Did Not Commit A Prohibited Act.

B. ___ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. ___ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.  } 18C.

19. Committee Decision Is Based On The Following Information

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action _____ (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

Chairman (Typed Name/signature)    Member (Typed Name)    Member (Typed Name)

Record Copy - Central File Record;  Copy - DHO;  Copy - Inmate After UDC Action;  Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)                      Replaces BP-288(52) Of Jan 88

Exhibit G



U.S. Department of Justice

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

September 24, 2004

Mr. Ryan Poullard
Reg. No. 06429-078
P.O. Box 26020
Beaumont, Texas 77720-6020

Dear Mr. Poullard,

We have reviewed your request to introduce "Ifa" at FCI Beaumont (Low). After a thorough evaluation of your documentation, we have approved your request. The Warden may make local decisions regarding the specific request of this group, taking into consideration Bureau policy, supervision capabilities, security interest, and the safe and orderly running of the institution.

Sincerely,

Matt Harness
Regional Chaplaincy Administrator


cc: R. Childress, Warden
    FCI Beaumont (Low)

Exhibit H

P-S148.055 INMATE REQUEST TO STAFF CDFRM
EP 98
U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| PHILLIPS WILLIAMS | 10-2-04 |
| FROM: FRANCISCO ROMERO | REGISTER NO.: 25870-034 |
| WORK ASSIGNMENT: REC | UNIT: TM |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Please change my religious Sentry assignment to **Ifa**.

Thank you for your assistance.

(Do not write below this line)

DISPOSITION:

{ There is no "Ifa" category in Sentry. The closest category is "Other". Is that okay w/ you? }

Thanks,

| Signature Staff Member | Date |
|---|---|
| /s/ M Prayton | 10-17-04 |

Record Copy - File; Copy - Inmate
This form may be replicated via WP