Exhibit I

*From the desk of Awo Ifagbemi Efunsalewa (Ifakorede Awoyefa)*

Dear Sangowande,

Kristin gave your name to her instructor, Mrs. Awoyefa, who is my ayaba(spouse). My wife gave me the message, e.g., your name and address. This is the path of how you and I are to connect.

A little about myself. I was a Christian pastor for ten years and left to start my own congregation, e.g., "AFRICAN BIBLE FELLOWSHIP." After one year, I made the decision to pursue Yoruba under the guidance of Iyalosha Yeyfine Efunbolade. I received my warriors and Obatal a( my orisha), and began studying. This was at the age of 40—I am 55.

I was initiated into the Yoruba priesthood five years ago, e.g., 2000(March 16) My odund e(spiritual b'day) is coming next month. As an aworo, I perform rituals in my community, e.g., "Ile Olokun Sanya Awopeju." I am studying with Babalawo Oniyifa Iyalosha Aina Olomo Sango Oba Bi, who is an awesome sister who lives in Cedar Creek, Texas, outside of Austin, Texas. She was recently awarded the neophyte of the year award for a best seller, "Core Of Fire." If you get a chance, order it from *Books A Million*, or I will see if I can get an extra copy for you, if you're interested.

Anyway, I was initiated into the mysteries of Ifa on November 29, 2003; this means that my life is dedicated to becoming an Awo, which I am, and ultimately a Babalawo. It takes a minimum of seven years of intensive study and dedication for the community to bestow this title on me. I am learning patience.

What are your intentions about Ifa/Yoruba? How did you get your name? What books have you already read? What kind of spiritual discipline do you follow? What are your thoughts on eguns (ancestors) and nature (orisha)? What made you want to change your name?

Hope to hear from you soon. You may want to consider placing my name on your visitor list. I am willing to meet with you.

In closing, I am Ifakorede Awoyefa—4355 Goliad Street, Beaumont, Texas 77705; Home (409) 842-1499 or Cell—(409) 651-1650.

May the eguns and the orisha give you ire(blessings) form Orun(heaven) and ayie(earth).

Awo Ifagbemi Efunsalewa

Exhibit J

| BP S148.055 SEP 93 | INMATE REQUEST TO STAFF MEMBER | CDFRM |
|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

| TO: (Name and Title of Staff Member) Warden T.C. Outlaw    USP | Date: 9/10/06 |
|---|---|
| From: Shangowande Orisha-nla  Ryan Poullard | Register Number: 06429-078 |
| Work Assignment: Rec. AM | Unit: SA |

**SUBJECT:** Briefly state your question or concern and the solution you are requesting. Continue on the back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Attached is a request that was forwarded to Deputy Warden Quintana in which I sought permission for a Black History program on 9/27/06. Because I received no response, have received no help from the staff Chaplain, and the prospective date is swiftly approaching, I am requesting that we be granted your permission for our program. We already have a commitment from a staff sponsor and we would be honored to have you as guest, if your schedule permits. The program would be from 6:30 PM to recall and our theme is "A Tribute to the Black Woman."

— Thank you for your assistance.

(Do No Write Below This Line)

DISPOSITION:

| Signature Staff Member: | Date: |
|---|---|

Record Copy—File; Copy— Inmate; (This Form May Be Replicated Via WP)   This Form Replaces BP-148.070 Dated Oct 86 And BP-S148.070 Apr 94

Exhibit K

BP S148.055  **INMATE REQUEST TO STAFF MEMBER**  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | Date: |
|---|---|
| Chaplain Watanabe | 9/07/06 |
| From:  Shangowande Orisha-nla  Ryan Poullard | Register Number: 06429-078 |
| Work Assignment:  Rec. AM | Unit:  SA |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on the back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

To prevent any confusion or misunderstanding in the future, this request will serve as an official statement of facts. In an attempt to prepare for an Ifa based speaking engagement, I provided you with Mr. Awoyefa's contact information during the month of August 2006. When this information was given to you I made it perfectly clear to you that confirmation was needed on Mr. Awoyefa's availability to come in as a keynote speaker for the aforementioned engagement. I further requested that you get the Web address from him for an online Ifa supplies vendor. I never requested that he "work with you on the outdoor worship area," and I did not request that he come in regularly to teach and instruct. You made these decisions on your own without the input of the institution's Ifa community. The approved Ifa submittal was not prepared with the assistance or guidance of Mr. Awoyefa. An Iyalawo (High Priestess) in the Dallas area, whose contact information was included in the official submittal and given to you personally after you became the Low Security's staff Chaplain, provided the

(next page)

(Do No Write Below This Line)

DISPOSITION:

| Signature Staff Member: | Date: |
|---|---|

Record Copy—File; Copy— Inmate (This Form May Be Replicated Via WP)    This Form Replaces BP-148.070 Dated Oct 86 And BP-S148.070 Apr 94

assistance that was needed to prepare my submittal. Consequently, the "working closely" mentioned in your 9/06/06 response to my outdoor Ifa lodge request dated 9/05/06 can only be in an effort to help the institution meet the specific "sincerely held religious beliefs" and practices that were clearly laid out in my approved Ifa "New and Unfamiliar Religious Components" submittal. Please address any concerns in your response.

Thank you.

Exhibit L

**INMATE COPY**

**VISITING LIST FOR INMATE: POULLARD, RYAN EDWARD**
    **REGISTER NUMBER:** 06429-078
        **UNIT:** SA

---

ARDOIN, GEORGIANA                         Inmate Visitor                    FRIEND
1405 WESTMORELAND                         PHONE:                            APPROVED: 09-18-2004 14:27
LAKE CHARLES , LOUISIANA  70605
UNITED STATES OF AMERICA

---

ARDOIN, RONALD                            Inmate Visitor                    FRIEND
1405 WESTMORELAND                         PHONE:                            APPROVED: 09-18-2004 14:27
LAKE CHARLES , LOUISIANA  70605
UNITED STATES OF AMERICA

---

AWOYEFE, IFCKOREDE                        Inmate Visitor                    FRIEND
4355 goliad st.                           PHONE: 409-842-1499               APPROVED: 04-27-2005 08:17
beaumont , TEXAS  77705
UNITED STATES OF AMERICA

---

BROUSSARD, GRACE M                        Inmate Visitor                    AUNT
2990 GLENWOOD ST                          PHONE:                            APPROVED: 09-18-2004 14:36
BEAUMONT , TEXAS  77705
UNITED STATES OF AMERICA

---

BROUSSARD, LORI ANN                       Inmate Visitor                    COUSIN
P.O. BOX 57404                            PHONE:                            APPROVED: 05-20-2005 10:25
WEBSTER , TEXAS  77598
UNITED STATES OF AMERICA

---

CHEVIS, MEKKO L                           Inmate Visitor                    COUSIN
2040 NORA                                 PHONE:                            APPROVED: 09-18-2004 14:32
BEAUMONT , TEXAS  77705
UNITED STATES OF AMERICA

---

DESHOTEL, JOSEPH                          Inmate Visitor                    ATTORNEY
1310 CALVIN DR                            PHONE:                            APPROVED: 09-18-2004 14:28
BEAUMONT , TEXAS  77707
UNITED STATES OF AMERICA

---

DUGAS, DIANNA B                           Inmate Visitor                    COUSIN
2990 GLENWOOD                             PHONE:                            APPROVED: 09-18-2004 14:37
BEAUMONT , TEXAS  77705
UNITED STATES OF AMERICA

---

FONTENOT, ERIN B.                         Inmate Visitor                    COUSIN
4635 CARTWRIGHT                           PHONE:                            APPROVED: 09-18-2004 14:29
BEAUMONT , TEXAS  77707
UNITED STATES OF AMERICA

---

CERTIFICATE OF SERVICE

I hereby certify that on this __1st__ day of November 2006, a true and correct copy of the foregoing **Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment or to transfer and Plaintiff's Cross-Motion for Summary Judgment** was forwarded first class mail to the Clerk of the United States District Court for the District of Columbia.

  Ryan Poullard
  (Shangowande Orunmila)
  Plaintiff, pro se