Attachment D

November 8, 2004

Your Documentation of Informal Resolution Attempt
is being returned for the following reason:

> You did not sign your Informal Resolution
> Attempt correctly. You must sign your Informal
> Resolution Attempt using your correct name,
> (do not use a.k.a., etc.)

Attachment E

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**                          **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Bro. Shangowande Al-Hijr a.k.a. Poullard, Ryan E. | 06429-078 | SA | Beaumont Low |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A– INMATE REQUEST   I am an Ifa devotee and I have been pursuing Ifa's approval for more than a year.  SEE Attachment A.  Because it was not recognized as a religion within the Bureau of Prisons, I was forced to build the necessary shrines for this faith in my inmate locker.  Ifa was finally approved by the Regional Chaplaincy Administrator on 9/24/04 (SEE Attachment B), but my religious shrines have made me the subject of ridicule and embarrassment on several occasions.  The first incident involved Correctional Officer (C.O.) J. Braus.  After shaking down my locker, C.O. Braus questioned me about my religion and made insensitive remarks about the food offerings that are a major part of the Ifa faith.  SEE Attachment C.  On the second occasion, religious materials mailed to me in compliance with Bureau policy were confiscated and withheld for more than a month. SEE Mail Attachment.  If my family hadn't called the institution to investigate this issue, I would not have received any information whatsoever about the arrival and unusually (next page)

| 10/06/04 (92 A.D.) | | |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

Part B– RESPONSE

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                        CASE NUMBER: _____

                                                                  CASE NUMBER: _____

Part C– RECEIPT

delayed rejection of this mail material. The third incident occurred when female C.O.
Jones made a huge spectacle out of my shrines. I returned to the housing unit to find
a staff pad lock on my locker, and a line of inmates waiting to ask me what was in my
locker. Comments such as "she opened his locker and hit the deuces" were heard throughout
the following week. Lt. Gentry and several other Officers had apparently crowded into
my cubicle to view my religious shrines, and this unwanted attention turned me and my
religion into the housing unit's favorite joke. When I asked C.O. Jones why the staff
pad lock was on my locker she informed me that I would have to tell her what was in
my locker before she would take it off. I was forced to explain like I had done something
wrong, and I was instructed to dismantle my shrines so she could shake down my locker.
I was treated like some sort of freak simply because I had no choice but to "worship
out of my locker" until my religion was approved. On the following night, in front
of several inmate witnesses, female C.O. Jones approached my cubicle and questioned
me as to whether or not my religion was authentic and approved. I was again put on
the spot and forced to explain. On the fourth occasion C.O. Brooks shook down my locker
and questioned me outside the housing unit in front of female C.O. Washington. For
the third time I was forced to justify and explain my faith. The final incident took
place on 10/04/04. C.O. Johnson shook down my cell and in the process he tilted and
shook my locker repeatedly. On the first instance I informed C.O. Johnson that there
were articles in my locker that would spill. On the second instance I reminded him
about the sensitive articles in my locker and asked him for his name. He responded
"that's what you get for being in prison, and my name is Puddingtain, ask me again and
I'll tell you the same." I had to get his real name from inmates and verify his name
through other staff. I place regular drink offerings of water and coffee in my shrines,
and when I checked my locker my shrines had been knocked over and my drink offerings
spilled. I have a constitutional right to adhere to the religious faith of my choice
and this ongoing harassment is unprofessional as well as illegal. To avoid any future
staff harassment, I am requesting that all materials and accommodations listed in my
"New and Unfamiliar Religious Components" submittal be made available to the Beaumont
Low Ifa community immediately. **SEE Ifa Attachment.** Also, all institution staff needs
to be properly trained and taught to respect the practices and sacred objects of the
Ifa community as well as any other "New and Unfamiliar" religious faith groups that
are present at this institution. (The dates of the above mentioned incidents can be
found by reviewing the shake down logs of Unit 5A, cube 17. Details can be verified
by numerous inmate witnesses.)

Thank you for your assistance.

Attachment F

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 13, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BEAUMONT LOW FCI

TO  : RYAN EDWARD POULLARD, 06429-078
      BEAUMONT LOW FCI      UNT: SA      QTR: S02-017L
      P.O. BOX 26025
      BEAUMONT, TX 77720


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 354786-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : OCTOBER 13, 2004
SUBJECT 1       : RELIGIOUS PROGRAMS - (EXCEPT FOOD/DIETS/MEALS), ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REMARKS         : YOU MUST SIGN YOUR NAME CORRECTLY. YOU SHOULD NOT
                  ADDRESS YOURSELF AS AKA NOR BRO, etc.