Attachment G

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 20, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BEAUMONT LOW FCI

TO  : RYAN EDWARD POULLARD, 06429-078
      BEAUMONT LOW FCI    UNT: SA    QTR: S02-017L
      P.O. BOX 26025
      BEAUMONT, TX 77720


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 355510-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : OCTOBER 20, 2004
SUBJECT 1       : RELIGIOUS PROGRAMS - (EXCEPT FOOD/DIETS/MEALS), ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REMARKS        : AS STATED IN YOUR REJECTION OF BP9-#354786-F1, YOU
                 MUST SIGN YOUR NAME CORRECTLY (NO ALIAS, ~~ONLY~~
                 ~~ENGLISH AND NO ALTERNATE DATES, SUCH AS 12 A.D.~~

Attachment H

B.055 **INMATE REQUEST TO STAFF** CDFRM

DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| (Name and Title of Staff Member) James Premo  Admin. Remedy Coordinator | DATE: 03/18/05 (42 A.D.) |
|---|---|
| Shangowande Orisha-nla a.k.a. Ryan Poullard | REGISTER NO.: 06429-078 |
| ASSIGNMENT: Safety | UNIT: SA |

(Briefly state your question or concern and the solution you are requesting.
Use on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

~~Please provide me with a copy of the Program Statement and/or federal statute
that specifically sets forth stipulations related to signature appearance.~~ You have
exactly five working days to produce this documentation and if you fail to do so, you
will be written up for your discriminatory behavior.

Thank you for your assistance.

(Do not write below this line)

DISPOSITION:

~~Per Program Statement 5800.13 "The name entered on the Judgement/Commitment order is considered the committed name to be used by the inmate, as well as the Bureau."~~ In order to use a different name you must have legal documentation proving a name change through the court. For more clarification you can use the law library.

| Signature Staff Member | Date 3/22/05 |
|---|---|

Copy - File; Copy - Inmate
(Form may be replicated via WP)                 This form replaces BP-148.070 dated Oct 86
                                                 and BP-S148.070 APR 94

Attachment I

 REG. NO. ▓▓▓▓▓▓▓   RECEIPTED: 03-05-03

CASE NO. 291087-R1        PART B - RESPONSE

You are appealing the Warden's response to your complaint regarding your committed name. Specifically, you allege staff are violating your constitutional rights by not allowing you to add words or phrases after your committed name when you sign official Bureau of Prisons documents. For relief, you request the Warden's response be reversed and instruct staff not to force you to sign your name without being allowed to reserve your rights by adding words or phrases behind your signature.

The Warden's response appropriately addressed your concerns regarding the issue of your committed name. ~~Program Statement 5800.13, *Inmate Systems Management Manual*, states in part, "The name entered on the Judgement and Commitment Order is to be considered the committed name to be used by the inmate, as well as the Bureau of Prisons.~~" SENTRY must reflect the committed name, which may only be changed by federal court order." Additionally, Program Statement 5800.08, *Receiving and Discharge Manual*, indicates, "the name appearing on the Judgment and Commitment Order (J&C) is the exact name to be used on all paperwork, files, etc. Name changes shall only be accepted by a federal court order." Your name, as it appears on your J&C, is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and should be used by you when signing official documents.

~~When staff request you sign Bureau of Prisons forms or documents, you do so voluntarily. You have the option of refusing to sign any document and staff will note your refusal accordingly.~~

You have provided no evidence to substantiate your claim staff have violated your constitutional rights. Based on the above, your appeal is denied.

In the event you are dissatisfied with this response, you may appeal to the Bureau of Prisons, Administrative Remedy Section, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in that office within 30 days from the date of this response.

4-30-2003
Date

for   *[signature]*
Ronald G. Thompson
Regional Director