Attachment J

55 INMATE REQUEST TO STAFF CDFRM

PARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| and Title of Staff Member) min. Remedy Coordinator &/or Clerk angowande Orisha-nla k.a. Ryan Poullard | DATE: 03/23/05 (42 A.D.) REGISTER NO.: 06429-078 |
|---|---|
| IGNMENT: Safety | UNIT: SA |

(Briefly state your question or concern and the solution you are requesting. on back, if necessary. Your failure to be specific may result in no action being f necessary, you will be interviewed in order to successfully respond to your

Per Regional Director Ronald G. Thompson's wording in the attached official -10 response, "when staff request you sign Bureau of Prisons forms or documents, u do so voluntarily." Please note that I have exercised my "option of refusing sign" in the resubmission of this UDC action appeal.

Thank you for your assistance.

(Do not write below this line)

TION:

See Attached Highlgted Areas of why Inmate refused to sign

Signature Staff Member            Date 03/23/05

Copy - File; Copy - Inmate

rm may be replicated via WP)            This form replaces BP-148.070 dated Oct 86

Attachment K

**All BP-9's must be signed and dated by the inmate before submission.**

Attachment L

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 16, 2005


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BEAUMONT LOW FCI

TO  : RYAN EDWARD POULLARD, 06429-078
      BEAUMONT LOW FCI    UNT: SA    QTR: S02-017U
      PO BOX 26025
      BEAUMONT, TX 77720


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 370051-F1          ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MARCH 16, 2005
SUBJECT 1       : UDC ACTION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REMARKS         : MUST BE SIGNED WITH YOUR OFFICIAL NAME ONLY.