UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1768 (HHK) |
| ) | |
| HARLEY G. LAPPIN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT OR TO TRANSFER**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for good cause shown, hereby respectfully move for an enlargement of time of thirty (30) days, up to and including December 18, 2006, in which to reply to plaintiff *pro se*'s Opposition to Defendants' Motion to Dismiss or, In the Alternative, for Summary Judgment of to Transfer. Defendants' reply would otherwise be due on November 17, 2006.

An enlargement is needed because undersigned counsel has an Appellate Brief due on November 13, 2006, in Cynthia J. Vickers v. Donald E. Powell, Chairman, Federal Deposit Insurance Corp.; an Answer due on November 13, 2006, in Theodore R. Wilson v. Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home-Washington; a Memorandum due on November 13, 2006 in Reese Brothers, Inc. v. United States Postal Service v. Reese Teleservices, Inc. and TRG Holdings, Inc.; a Rule 16.3 Report due on November 14, 2006 in Elaine Walls v. Norman Mineta, Secretary of Department of Transportation; a dispositive motion due on November 17, 2006 in Marvin Green v. Captain Joseph Stuyvesant; a dispositive motion due on

November 17, 2006 in <u>Mitsui Engineering v. United States Department of State</u>; a Reply due on November 17, 2006 in <u>Ryan Poullard v. Harley G. Lappin, et al.</u>; and a Reply due on November 17, 2006 in <u>Michael F. Wasserman v. Denise Rodacker, et al.</u>  Defendants therefore requests an enlargement of time up to and including December 18, 2006 within which to file a reply to plaintiff's opposition.

Defendants have not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1]  For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendants respectfully requests that the enlargement of time to reply to plaintiff *pro se*'s Opposition to Defendants' Motion to Dismiss be granted.

An order granting the relief sought is attached hereto.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13TH day of November, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Ryan Poullard
# 06429-078
FCI - Beaumont
POB 26020
Beaumont, Texas  77720-6020

       /s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN POULLARD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1768 (HHK) |
| **HARLEY G. LAPPIN, et al.,** | ) |
| **Defendants.** | ) |

**O R D E R**

UPON CONSIDERATION of defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of September 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to and including October 20, 2006 in which to reply to plaintiff's opposition.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530

Ryan Poullard
# 06429-078
FCI - Beaumont
POB 26020
Beaumont, Texas  77720-6020