IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD,<br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>    Defendant. | CIVIL ACTION 05-1768 D.D.C. |

## DECLARATION OF FRANCISCO QUINTANA

In accordance with 28 U.S.C. § 1746, I, FRANCISCO QUINTANA, make the following unsworn declaration, under penalty of perjury, pertinent to the above styled and numbered cause:

1. I am Deputy Warden for the Federal Bureau of Prisons (BOP) at the Federal Correctional Complex, Low Security Institution, in Beaumont, Texas (FCC Beaumont-Low). I have been employed in this capacity since April 16, 2006.

2. As Deputy Warden, I am responsible for the administrative and organizational control of Beaumont Low, which is part of the Beaumont Complex. The position of Warden requires exceptional managerial ability, a thorough knowledge of correctional programs, including religious ones, and the operation of correctional institutions, and an in-depth knowledge of the methods and techniques of inmate care and custody. The

Warden, in its exercise of discretion, may develop policies and programs at the local level which are consistent with the security of the institution and national policy.

3. As part of my duties as Deputy Warden, I have reviewed Beaumont's Low procedures regarding inmates' use of their religious names for official purposes. At the FCC Beaumont Department Head meeting, held on October 31, 2006, staff was instructed that effective immediately inmates would be allowed to use their religious names for official purposes if used in conjunction with their committed names and inmate numbers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 14th day of December, 2006.

Francisco Quintana
Deputy Warden
Beaumont Low