UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1768 (HHK) |
| | ) |
| HARLEY LAPPIN, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO STRIKE PLAINTIFF'S ANSWER TO DEFENDANTS' REPLY**

Defendants, by and through counsel, the United States Attorney for the District of Columbia, respectfully file this Motion to Strike Plaintiff's Answer to Defendants' Reply and Opposition to Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative, For Summary Judgment or to Transfer, and Cross-Motion For Summary Judgment. ("Pltf's Surreply").

**I. INTRODUCTION**

In this pro se action, plaintiff, Ryan Poullard, Register Number 06429-078, currently housed at the Federal Correctional Institution at Beaumont, Texas ("FCI-Beaumont"), argues, *inter alia*, that he should be permitted to "use both his religious and committed names on Administrative Remedy Requests, on legal documents, and on all prison paperwork . . . ." Complaint at ¶ 21(2). He claims that, by not being permitted to do so, he is substantially burdened under the Religious Freedom Restoration Act. 42 U.S.C. ¶ 2000bb et seq.

On October 31, 2006, the staff at FCI-Beaumont "was instructed that effective immediately inmates would be allowed to use their religious names for official purposes if used in conjunction with their committed names and inmate numbers." See Defendants' Reply and

Opposition to Plaintiff's Opposition of Defendant's Motion to Dismiss ("Defendants' Reply"), Declaration of Francisco J. Quintana ("Quintana Dec.") at ¶ 3.

Although plaintiff is now permitted to "use both his religious and committed names on Administrative Remedy Requests, on legal documents, and on all prison paperwork[, as requested,]" Complaint at ¶ 21(2), in his surreply, plaintiff now complains that "Deputy Warden Quintana . . . has acted in a manner which contravenes BOP regulations." Pltf's Surreply at p. 2.[1] Plaintiff's surreply should be stricken.

## II.  ARGUMENT

The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply.  Lewis v. Rumsfeld, 154 F.Supp.2d 56 (D.D.C. 2001).  In his surreply, plaintiff fails to address any new matters presented by the defendants' reply.  Therefore, plaintiff's surreply should be stricken.

## III.  CONCLUSION

Accordingly, for the reasons set forth above, defendants respectfully requests that the Court strike plaintiff's surreply.

---

[1] Plaintiff also argues that the infraction he received for signing into religious services using his temporary religious name and committed name should be removed from his "chronological disciplinary record." Pltf's Surreply at pp. 2-3.  However, as indicated in Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment or to Transfer ("Motion to Dismiss"), plaintiff failed to exhaust his administrative remedies regarding this claim (Administrative Remedy Request No. 370051-F1).  See Motion to Dismiss at pp. 6-15 and Exhibit C (Declaration of Bruce Plumley).  Both statutory and legal authority require the exhaustion of administrative remedies prior to filing suit.  42 U.S.C. § 1997(e)(a); see Woodford v. Ngo, 126 S.Ct. 2378, 2394 (2206); Jackson v. District of Columbia, 254 F.3d 262, 269 (D.C. Cir. 2001).

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/
        MARIAN L. BORUM, D.C. BAR # 435409
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Civil Division
        Washington, D.C.  20530
        (202) 514-6531
        Counsel for Defendants

Of Counsel:
Alma G. Lopez
Assistant General Counsel
Federal Bureau of Prisons
Office of General Counsel
Litigation Branch
320 First Street, N.W., Room 977E
Washington, D.C.  20534

## CERTIFICATE OF SERVICE

I certify that, on this 23rd day of January, 2007, the foregoing was sent by First-Class Mail, postage prepaid to:

Ryan Poullard
#06429-078
Federal Correctional Institution
POB 26020
Beaumont, Texas 77720

/s/
MARIAN L. BORUM
Assistant United States Attorney